# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIAMOND GLASS, INC., *et al.*,[1] | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 366 AND 105 OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES TO THE DEBTORS; (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (III) ESTABLISHING PROCEDURES TO DETERMINE REQUESTS FOR ADEQUATE ASSURANCE OF PAYMENT

Diamond Glass, Inc. ("Diamond") and DT Subsidiary Corp. ("DT Subsidiary" and, together with Diamond, the "Debtors"), by and through their undersigned counsel, hereby file this motion (the "Motion") for entry of an order (i) prohibiting the Debtors' utility providers from altering, refusing, or discontinuing utility service to the Debtors; (ii) deeming the Debtors' utility providers adequately assured of future performance; and (iii) establishing procedures to determine requests for adequate assurance of payment by the Debtors' utility providers. In support of the Motion, the Debtors respectfully represent as follows:

### JURISDICTION

1.      This Court has jurisdiction to hear the Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. Sections 507(a), 363, and 105 of Title 11 of the United States Code (the "Bankruptcy Code") authorize the relief requested in this Motion.

---

[1]      The Debtors in these proceedings are: Diamond Glass, Inc. (Tax ID No. XX-XXX8853); and DT Subsidiary Corp., a wholly owned subsidiary of Diamond Glass (Tax ID No. XX-XXX3494), each with a mailing address of 220 Division Street, Kingston, PA 18704. Diamond Glass, Inc. is formerly known as Diamond Glass Companies, Inc. and Diamond Triumph Auto Glass, Inc.

## GENERAL BACKGROUND

2.     On the date hereof (the "Petition Date"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of Title 11 of the United States Code (the "Bankruptcy Code").

3.     No request for appointment of a chapter 11 trustee or examiner has been made and, as of the date hereof, no official committee has been appointed.

### History and Operations

4.     The Debtors collectively constitute one of the nation's oldest and leading providers of automotive glass replacement and repair services. Founded as a one-man shop by Avram Levine, a Russian immigrant in 1923, the "Diamond Glass Works" grew steadily as a family business throughout most of the twentieth century, adapting repeatedly to revolutionary transformations in automobile glass technology, including the introduction of laminated windshields, and tempered glass for back and side windows.

5.     The Debtors rapidly expanded in the 1980s. They opened their first additional branch in 1982 in Monticello, New York. With the success of the Monticello facility, the Debtors began a successful campaign of expansion. Through the early to mid 1980s, the Debtors added approximately one to two new branches per year, reaching 10 branches in 1987. As the Debtors refined and standardized their store-opening model, they dramatically increased the number of new branch openings each year through the late 1980s and into the 1990s, reaching 140 stores in 1996.

6.     While remaining true to their roots as a family enterprise, the Debtors recognized that the great increase in the scope of their operations required them to recruit

professional leadership with a strong history of experience in the modern auto glass industry, as well as increased financial resources, and they acted accordingly. In 1998, the Debtors and Leonard Green Partners, LLP came together in a leveraged financing transaction that, together with the recruitment of new management with vast auto glass industry experience, gave the Debtors a much higher profile.

7.     In the past decade, the Debtors have grown into a truly national network of auto glass stores with a coast-to-coast presence in most major markets throughout the United States. Headquartered in Kingston, Pennsylvania, this family-owned company has grown from a one-man shop into a network of 217 service centers and approximately 900 mobile installation vehicles in 42 states, serviced by three distribution facilities located in Kingston, Pennsylvania; Columbus, Ohio; and Atlanta, Georgia. The Debtors currently have approximately 1,620 full and part-time employees including field technicians, customer service representatives, sales associates, and corporate associates.

8.     The United States auto glass replacement market is estimated to be approximately $3.0 to $3.5 billion annually. The Debtors' share of the market is approximately 7%. The Debtors' revenue today comes primarily from three sources: (a) insurance sales (work paid for by insurance companies in respect to auto glass replacement for covered policyholders), which comprises approximately 30% of the Debtors' dollar sales; (b) commercial sales (work performed on behalf of local body shops, new and used car dealerships, rental car fleets, company fleets, or other business entities), which comprises approximately 43% of the Debtors' dollar sales; and (c) cash/retail (work performed directly for individual consumers who pay for auto glass replacement without involving an insurance company), which comprises approximately 27% of the Debtors' dollar sales.

9.     The Debtors compete with local, regional and national service providers in a mature, highly fragmented market where it is estimated that more than 75% of participants operate fewer than three locations. Notwithstanding that the barriers of entry are low, the Debtors' size and distribution network has enabled them to leverage their buying power and provide low cost glass to their stores on a just-in-time basis, resulting in higher profit margins and lower store inventory levels. In addition, the Debtors have been able to develop long-standing customer relationships and significant brand recognition due to their longevity in the marketplace.

## EXISTING INDEBTEDNESS

10.    Diamond Glass, as Borrower,[2] is a party to that certain Credit Agreement dated January 12, 2007 (as amended, supplemented or otherwise modified, the "Existing Credit Agreement") with Guggenheim Corporate Funding, LLC (the "Guggenheim").[3] Pursuant to the Existing Credit Agreement, Guggenheim provided the Debtors with a term loan and revolving loan in the aggregate principal amount of approximately $35 million (the "Prepetition Loans").

11.    In connection with the Prepetition Loans, Diamond Glass and Guggenheim entered into a Security Agreement dated January 12, 2007, pursuant to which

---

[2]     Diamond Glass's predecessor, Diamond Triumph Auto Glass, Inc., is the borrower under the Existing Credit Agreement. Unless otherwise indicated, all references to "Diamond Glass" shall include "Diamond Triumph Auto Glass, Inc."

[3]     Guggenheim is the agent for the financial institutions identified as lenders under the Existing Credit Agreement and the DIP Facility (as defined below) (including their respective successors and assigns) (the "Lenders"). Orpheus Holdings, LLC ("Holdings") is the predecessor in interest to Orpheus Funding, LLC, as the Lender under the Credit Agreement. Holdings also is the original proposed lender under the DIP Facility. The Stalking Horse Bidder, Diamond Glass Acquisition, LLC is a Delaware limited liability company, a wholly-owned subsidiary of Holdings, and the proposed acquisition vehicle through which Guggenheim, as agent, would acquire (or direct the acquisition of, on behalf of the Lenders) all or substantially all of the Debtors' business and assets in the transactions contemplated herein, including with respect to effecting any credit bid on account of the Lenders' claims against the Debtors at any auction or otherwise for the purchase and sale of the Debtors' business and related assets.

Diamond Glass and DT Subsidiary (as guarantor) granted Guggenheim a security interest in substantially all of their assets.[4]

12.     As part of the Existing Credit Agreement, Security Agreement, and related credit documents (collectively, the "Prepetition Loan Documents"), Kenneth Levine (whose family founded the Debtors, and who until October 25, 2007 was the Debtors' Chief Executive Officer and remains its principal stockholder) executed a Pledge Agreement (the "Levine Pledge Agreement") and Guaranty (the "Levine Guaranty") to further secure the Secured Obligations of Diamond Glass under the Prepetition Loan Documents. Mr. Levine's obligations and liabilities under the Levine Guaranty are limited to his equity interests, cash collateral and the proceeds thereof in an aggregate amount of approximately ten million dollars ($10,000,000) pledged by Mr. Levine to Guggenheim pursuant to the Levine Pledge Agreement.

13.     On or about May 2, 2007, Guggenheim and Diamond Glass entered into a First Amendment to the Existing Credit Agreement, pursuant to which Guggenheim agreed to decrease the minimum liquidity requirement from $5 million to $3 million, such that the Revolving Loan Commitment available for borrowing by Diamond Glass was increased by $2 million.

14.     On or about November 7, 2007, Guggenheim and Diamond Glass entered into a Second Amendment to the Existing Credit Agreement, pursuant to which Guggenheim agreed to (a) advance to the Debtors an additional $9,687,456.99, (b) extend the maturity date on the Prepetition Loans to February 29, 2008, and (c) limit the guarantee obligations of any Subsidiary Guarantor to an amount not to exceed $37 million.

---

[4]     The Prepetition Loan Documents (defined above) contemplated that other guarantors might be added in the future.

15.     On or about January 31, 2008, Guggenheim and Diamond Glass entered into a Third Amendment to the Existing Credit Agreement, pursuant to which Guggenheim agreed to extend the payment date for interest due under the Existing Credit Agreement from January 31, 2008 to February 29, 2008. Guggenheim subsequently agreed to successive grace periods for Diamond Glass to pay the Prepetition Loan through April 1, 2008.

16.     As of the Petition Date, the Debtors estimate that the outstanding indebtedness on the Prepetition Loans is approximately $45 million.

17.     In addition to the Prepetition Indebtedness, the Debtors' predecessor, Diamond Triumph Auto Glass, Inc., issued $100 million in unsecured 9 ¼% Senior Notes Due 2008 (the "Notes") in favor of various noteholders (the "Noteholders") pursuant to an Indenture dated March 31, 1998 (as amended) (the "Indenture"). The Debtors estimate that as of the Petition Date they owe approximately $45,215,000 in principal, and $2,091,193.75 in accrued interest to the Noteholders in connection with the Indenture. The Notes were scheduled to mature on April 1, 2008. The Noteholder claims are unsecured and *pari passu* with other unsecured claims.

18.     In addition to the aforementioned institutional debt, as of the Petition Date, the Debtors estimate that they have approximately $13.1 million in unsecured trade debt outstanding.[5]

### Events Leading to Commencement of Chapter 11 Cases

19.     Until 2006, the Debtors never had a year in which they suffered operating and financial losses. Among other things, the insurance segment of the market, which historically has been the most profitable and most influential in driving revenues, has

---

[5]     Nothing contained herein is intended to be (nor shall it be deemed to be) an admission regarding the existence or amount of any indebtedness.

experienced a steady decline in revenue per unit over the past few years as insurance companies have attempted to align their prices more closely with prices paid by customers in other segments of the market. There has also been a reduction in automotive glass replacement insurance claims as insurance companies have increased their deductibles to enhance their price competitiveness in the market. At the same time, certain of the Debtors' decisions to improve performance regrettably and inadvertently had the opposite effect. Thus, the Debtors brought in a fresh management team, implemented new and aggressive steps to increase revenue and decrease costs, rehired local sales representatives, closed unprofitable stores, cut overhead, increased revenue per unit, and resolved pending litigation. This led to immediate improvements in performance which continue to date.

20. While the Debtors are confident that the measures employed by the current management will continue to yield positive results, the Debtors were faced with some insurmountable obstacles that necessitated the commencement of these chapter 11 cases. As set forth more fully above, the Debtors' Prepetition Loans with Guggenheim matured on April 1, 2008. In addition, the Debtors' indebtedness to the Noteholders pursuant to the Indenture was to mature on April 1, 2008. The likely inability to obtain further extensions in the maturity of the senior debt and the Notes, when combined with the recent deterioration in the nation's economy and, in particular, limited availability in the credit markets, made it practically impossible for the Debtors to satisfy or refinance their obligations. Thus, left with no viable alternative that would enable the Debtors to obtain continued financing to operate their business, the Debtors retained the investment banking firm of NatCity Investments, Inc. ("NatCity") and began a process of exploring strategic alternatives, including a potential sale or restructuring of the business.

21.     The Debtors, in consultation with NatCity, their other professionals, and other interested parties, considered a number of potential sales and restructuring alternatives in order to develop a plan that would maximize value for their creditors and to ensure the long-term survival of their business.  After considering their options and, in light of the aforementioned financial deadlines and restrictions, including a purchase offer from Guggenheim, the Debtors determined that the floor established by a purchase of all or substantially all of their assets by Guggenheim, subject to higher and better bids pursuant to a Bankruptcy Court approved in an open auction process pursuant to section 363 of the Bankruptcy Code, afforded them the best opportunity to maximize value for their creditors.  Accordingly, concurrently with the filing of their bankruptcy petitions, the Debtors have filed a *Motion for Entry of an Order (1) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; (2) Approving Assumption and Assignment and Sale of Certain Contracts and Leases; (3) Authorizing and Approving the Asset Purchase Agreement; and (4) Granting Related Relief.*

22.     Had the Debtors not commenced these cases, their ability to finance, sell or restructure their business, maximize value and preserve and enhance the Debtors' financial health would likely have been severely compromised by litigation, either inside or outside of a bankruptcy proceeding, which would have risked serious interruption of the Debtors' business and significantly impacted the Debtors' going-concern value.  The commencement of these cases and implementation of an orderly sale process under the supervision of this Court, with Guggenheim providing a floor against which interested parties may bid, will permit the Debtors to consummate a going-concern sale of all or substantially all of their assets and maximize value of their estates for all interested parties.

## **RELIEF REQUESTED**

23.     Pursuant to sections 366 and 105(a) of the Bankruptcy Code, the Debtors seek entry of an interim order (the "Interim Utility Order"), in the form attached hereto as Exhibit A, and a final order (the "Final Utility Order"), in the form attached hereto as Exhibit B, (i) determining that the Debtors have provided each of their utility providers (each singularly, a "Utility," and, collectively, the "Utilities")6 with "adequate assurance of payment" in compliance with section 366 of the Bankruptcy Code ("Adequate Assurance"); (ii) approving certain procedures (the "Assurance Procedures"), described below, that provide for an initial offer of Adequate Assurance to the Utilities and a procedure for the Utilities to request additional or different Adequate Assurance; (iii) approving procedures (the "Objection Procedures") to govern any objections to the relief requested by this Motion; (iv) prohibiting the Utilities from altering, refusing, or discontinuing utility services to the Debtors except in compliance with the Objection Procedures; and (v) setting a final hearing (the "Final Hearing") on the proposed Assurance Procedures and Objection Procedures.

24.     Section 366 of the Bankruptcy Code prevents the Utilities from altering, refusing, or discontinuing utility service to the Debtors during the first thirty (30) days of the Debtors' chapter 11 cases. *See* 11 U.S.C. § 366(a), (c)(2).  If the Debtors do not provide each Utility with "adequate assurance of payment" by the end of such 30-day period, however, the Utility may then alter, refuse, or discontinue service. *See* 11 U.S.C. § 366(c)(2).

25.     The utility services provided by the Utilities to the Debtors include, but are not necessarily limited to, electrical power, natural gas, water, refuse collection services,

---

[6]     A list of substantially all of the Debtors' Utilities is attached as Exhibit C to the Motion (the "Utilities List").  The inclusion of any entity on, or the exclusion of any entity from, Exhibit C is not an admission by the Debtors that such entity is, or is not, a "utility" for purposes of section 366.  The Debtors reserve the right to contest an entity's status as a "utility" at a later date.

telephone services, internet services, and satellite services (the "Utility Services"). The Debtors cannot operate without the Utility Services provided by the Utilities, and any disruption, particularly in the Debtors' electrical power services, could cause significant damage to the Debtors' ongoing business operations and estates. For these reasons, the Debtors must ensure the continued provision of Utility Services.

26.     The Debtors paid an average of approximately $550,000 per month for all Utility Services over the past twelve months. The Debtors have a strong payment history with their approximately 642 Utilities with few, if any, significant defaults or arrearages on any of the Debtors' undisputed utility service invoices, other than potential payment interruptions caused by the commencement of the Debtors' chapter 11 cases.

## ADEQUATE ASSURANCE

27.     The Debtors intend to pay when due all undisputed post-petition charges for Utility Services. The Debtors expect that their available cash and proposed post-petition credit facility will be more than sufficient to pay for the Debtors' post-petition Utility Services.

28.     Nevertheless, in accordance with section 366(c)(1)(A) of the Bankruptcy Code, the Debtors propose to provide an adequate assurance of payment as set forth herein. The Debtors propose to deposit, for the benefit of the Utilities, a sum equal to two weeks of the Debtors' estimated monthly utility consumption, calculated as a historical average over the past twelve months, into a newly-created, segregated, interest-bearing (the "Adequate Assurance Deposit Account") within 20 days after the Petition Date. The Adequate Assurance Deposit will be increased in the event that there are any Added Utilities (as defined below), in an amount equal to the value of two weeks of services utilized by the Debtors (based on a historical average over the past twelve months) from such Added Utilities.

29.   The Debtors propose that the Court deem any Utility subject to a subsequent request to modify such Adequate Assurance Deposit, to have received sufficient Adequate Assurance pursuant to the Adequate Assurance Procedures and section 366(c)(3)(A) of the Bankruptcy Code.

30.   The Adequate Assurance Deposit Account and the Debtors' ready access to sufficient funds to pay for post-petition Utility Services constitutes sufficient Adequate Assurance for the Utilities.

31.   The Debtors further submit that the Assurance Procedures, which will permit each Utility to seek additional or different Adequate Assurance beyond the Adequate Assurance Deposit Account in accordance with section 366 of the Bankruptcy Code, will provide the Utilities with the protections afforded to them under the Bankruptcy Code, while protecting the Debtors from any interruption in Utility Services. Specifically, the Debtors propose that the Court implement the following Assurance Procedures:

(a)   Absent any further order of this Court and except as otherwise provided herein, the Utilities would not be able to alter, refuse or discontinue service to, or discriminate against, the Debtors on account of the commencement of these chapter 11 cases or any unpaid pre-petition charges, and also would not be permitted to request payment of a deposit or receipt of other security in connection with any unpaid pre-petition charges.

(b)   The Debtors will serve this Motion and the Utility Order, if granted by this Court, via first-class mail, within five business days after the date that the Interim Utility Order is entered by this Court, on each of the Utilities identified on the list attached hereto as Exhibit C. In the event that any Utility inadvertently has been omitted from Exhibit C, the Debtors, upon discovery of such omission, will file with this Court an amended Exhibit C (the "Amended Exhibit") adding the name of each inadvertently omitted (and subsequently discovered) Utility (the "Added Utilities"), and promptly will serve on each Added Utility this Motion,

the Amended Exhibit and the Interim Utility Order or, if it has been entered, the Final Utility Order, as applicable (each such service, a "Supplemental Service").

(c)     Any Utility would be able to submit a written request for additional adequate assurance of payment (an "Additional Adequate Assurance Request") by submitting such written request to (i) the Debtors: Diamond Glass, Inc., Attn: William Cogswell, President, 220 Division Street, Kingston, PA 18704, and (ii) co-counsel to the Debtors: Young Conaway Stargatt & Taylor, LLP, Attn: Donald J. Bowman, Jr., Esquire, The Brandywine Building, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (collectively, the "Notice Parties").

(d)     Any Additional Adequate Assurance Request must be in writing and: (i) set forth the location for which utility services are provided; (ii) the account number(s) for such locations; (iii) the outstanding balance for each such account; (iv) include a summary of the Debtors' payment history relevant to the affected account(s), including any security deposits or other prepayments or assurances previously provided by the Debtors; (v) describe in sufficient detail the reason(s) why the treatment afforded pursuant to the procedures set forth herein does not constitute satisfactory adequate assurance of payment; and (vi) include a proposal for what would constitute adequate assurance of payment from the Debtors, along with an explanation of why such proposal is reasonable.

(e)     Upon the Debtors' receipt of an Additional Adequate Assurance Request at the addresses listed in paragraph (c) above, the Debtors will attempt to reach a consensual agreement with the Utility regarding the Utility's request for additional or different Adequate Assurance.

(f)     The Debtors may, in their discretion, consensually resolve any Additional Adequate Assurance Request with the requesting Utility without further order of the Court, and may, in connection with any such resolution and in their discretion, provide the Utility with additional Adequate Assurance, including a cash deposit, prepayments, and/or other forms of security, without further order of the Court, if the Debtors determine in their business judgment that the additional Adequate Assurance is reasonable.

(g)     If the Debtors determine that the additional Adequate Assurance requested by the Utility is not reasonable, then the Debtors shall, within thirty (30) days after the receipt of the Additional Adequate Assurance Request, file a motion (the "<u>Determination Motion</u>"), pursuant to section 366(c)(3) of the Bankruptcy Code, seeking a determination from this Court that the Adequate Assurance Deposit, plus any additional consideration offered by the Debtors, constitutes adequate assurance of payment. Pending notice and a hearing on the Determination Motion, the Utility that is the subject of the unresolved Additional Adequate Assurance Request may not alter, refuse, or discontinue services to the Debtors.

(h)     Based on the establishment of the Adequate Assurance Deposit Account, a Utility will be deemed to have adequate assurance of payment unless and until a future order of this Court is entered requiring further assurance of payment.

32.     The Debtors request that the Court prohibit the Utilities from altering, refusing, or discontinuing Utility Services to the Debtors absent a failure to comply with the Assurance Procedures.

33.     The Debtors respectfully request a final hearing on this Motion be held within twenty-five (25) days of the Petition Date to ensure that, if a Utility argues it can unilaterally refuse service to the Debtors on the 31st day after the Petition Date, the Debtors will have the opportunity, to the extent necessary, to request that the Court make such modifications to the Assurance Procedures in time to avoid any potential termination of Utility Service.

## BASIS FOR RELIEF REQUESTED

34.     The Debtors need the relief requested in this Motion to ensure that the Utilities will provide the Debtors with post-petition Utility Services without interruption. The Debtors' operations at approximately 217 service centers and approximately 1,004 mobile operators located throughout the Country depend upon refuse, water, gas, electricity, telephone

and various other utility providers, so even a short-term interruption in Utility Services could cause significant damage to the Debtors' business operations.

35.     Under section 366 of the Bankruptcy Code, a utility company may not, during the first thirty (30) days of a chapter 11 case, alter, refuse, or discontinue services to a debtor solely because of unpaid pre-petition amounts.

36.     In 2005, Congress added subsection (c) to section 366 of the Bankruptcy Code. *See* Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, Pub. L. No. 108-9, § 417, 119 Stat. 23, 108 (2005) (the "BAPCPA").

37.     As a result of such amendments, under section 366(c) of the Bankruptcy Code, a utility company may alter, refuse, or discontinue service at the expiration of the thirty-day period following the Petition Date during such thirty-day period, if the debtor does not provide "adequate assurance" of payment for post-petition services in a form "satisfactory" to the utility provider.

38.     The procedures proposed herein are designed to ensure that the Utilities receive the "adequate assurance" contemplated by section 366(c) of the Bankruptcy Code by providing for a fair and orderly method for processing requests by the Utilities for additional or different Adequate Assurance or for the Utilities to object to the procedures themselves. Absent the procedures proposed herein, the Utilities could force the Debtors to address numerous and disorganized requests for Adequate Assurance at a time when the Debtors need to focus significant resources on managing their business operations during the Debtors' transition into chapter 11. Furthermore, absent the relief requested in this Motion, the Utilities could wait until the twenty-ninth (29th) day after the Petition Date and then threaten to discontinue utility service

because the Adequate Assurance provided by the Debtors was not, in the Utility's opinion, "satisfactory."

39.     The Debtors respectfully submit that the Debtors' proposed method of furnishing adequate assurance of payment for post-petition Utility Service is not prejudicial to the rights of any Utility, and is in the best interest of the Debtors' estates. Indeed, procedures similar to those detailed herein have been approved by bankruptcy courts in this District under the standards set forth by Congress in the BAPCPA. *See, e.g., In re Buffets Holdings, Inc., et al.,* Case No. 08-10141 (MFW) (Bankr. D. Del. Feb. 27, 2008); *In re American Home Mortgage Holdings, Inc., et al.,* Case No. 07-11047 (CSS) (Bankr. D. Del. Sept. 4, 2007); *In re Werner Holding Co. (DE), Inc., et al.,* Case No. 06-10578 (KJC) (Bankr. D. Del. July 13, 2006); *In re Global Home Products LLC,* Case No. 06-10340 (KG) (Bankr. D. Del. May 4, 2006).

40.     In fact, in *Buffets Holdings,* the Court recently held that adequate assurance procedures similar to those proposed herein were in line with Section 366 of the Bankruptcy Code and stated, "I don't see any prohibition in 366 to the type of escrow account that the debtor is suggesting in this case . . . ." *See* H'rg Tr. Feb. 13, 2008 at 64:5-6. Similarly, in the *In re Nellson Nutraceutical, Inc* case, Case No. 06-11072 (PJW), the Court approved the debtors' adequate assurance procedures which included a requirement that utility companies must affirmatively seek additional adequate assurance. *See* H'rg Tr. Feb. 21, 2006 at 60:5-25. Specifically, the Court stated, pursuant to section 366(c)(3)(a) of the Bankruptcy Code, if a utility company is not satisfied with the adequate assurance proposed by the debtor, the utility company must request additional adequate assurance from the debtor – noting "[the utility company] can't just sit back and wait for the expiration of 30 days and say, we're not satisfied."

*Id.* Accordingly, based on the foregoing facts and authorities, the Debtors respectfully submit that the relief requested herein should be granted.

41.     Further, under section 105(a) of the Bankruptcy Code, the Court possesses the power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this Title." 11 U.S.C. § 105(a).

42.     As the proposed Assurance Procedures will ensure that the Debtors continue to receive Utility Services without prejudice to the Utilities, the Debtors submit that the relief requested in this Motion is necessary, appropriate, and in the best interests of the Debtors and their estates and creditors.

## NOTICE

43.     No trustee, examiner, or statutory committee has been appointed in these chapter 11 cases. The Debtors will serve notice of this Motion on: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to Guggenheim, the Debtors' prepetition secured lender and proposed postpetition secured lender; (iii) creditors holding the thirty (30) largest unsecured claims against the Debtors' estates (on a consolidated basis); (iv) counsel to the Indenture Trustee under the Indenture; and (v) counsel to certain of the Noteholders. Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m). In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

44.     No previous request for the relief sought in this Motion has been made by the Debtors to this or any other court.

WHEREFORE, the Debtors respectfully hereby move this Court for entry of the attached Interim Utility Order and Final Utility Order granting the relief requested herein and such further relief as is just and proper.

Dated: Wilmington, Delaware
April 1, 2008

Michael P. Richman (*pro hac vice* pending)
Keith C. Owens (*pro hac vice* pending)
Erica L. Morabito (*pro hac vice* pending)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10005
(212) 682-7474 (Telephone)
(212) 687-2329 (Facsimile)

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Donald J. Bowman (No. 4383)
Kara Hammond Coyle (No. 4110)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6758
Facsimile: (302) 571-1253

*Proposed Attorneys for the Debtors
and Debtors in Possession*

# Exhibit A

## **Interim Utility Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIAMOND GLASS, INC., *et al.*,[1] | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Docket Ref. No. _____** |

**INTERIM ORDER PURSUANT TO SECTIONS 366 AND 105 OF
THE BANKRUPTCY CODE (I) PROHIBITING UTILITY PROVIDERS
FROM ALTERING REFUSING OR DISCONTINUING SERVICE TO THE
DEBTORS; (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF
FUTURE PERFORMANCE; AND (III) ESTABLISHING PROCEDURES TO
DETERMINE REQUESTS FOR ADEQUATE ASSURANCE OF PAYMENT**

Upon the Debtors' Motion for Interim and Final Orders Pursuant to Sections

366 and 105 of the Bankruptcy Code (i) Prohibiting Utility Providers from Altering, Refusing,

or Discontinuing Service to the Debtors; (ii) Deeming Utility Providers Adequately Assured of

Future Performance; and (iii) Establishing Procedures to Determine Requests for Adequate

Assurance of Payment (the "Motion"), filed by Diamond Glass, Inc. and DT Subsidiary Corp.

(collectively, the "Debtors"), by and through their undersigned counsel, seeking entry of an

order (i) determining that the Debtors have provided each of their utility providers (each

singularly, a "Utility," and, collectively, the "Utilities") with "adequate assurance of payment"

in compliance with section 366 of the Bankruptcy Code[2] ("Adequate Assurance"); (ii)

approving certain procedures (the "Assurance Procedures"), which provide for an initial offer

of Adequate Assurance to the Utilities and a procedure for the Utilities to request additional or

---

[1]      The Debtors in these proceedings are: Diamond Glass, Inc. (Tax ID No. XX-XXX8853); and DT
Subsidiary Corp., a wholly owned subsidiary of Diamond Glass (Tax ID No. XX-XXX3494), each with a mailing
address of 220 Division Street, Kingston, PA 18704. Diamond Glass, Inc. is formerly known as Diamond Glass
Companies, Inc. and Diamond Triumph Auto Glass, Inc.

[2]      All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such
terms in the Motion.

different Adequate Assurance; (iii) prohibiting the Utilities from altering, refusing, or

discontinuing utility services to the Debtors except in compliance with the Assurance

Procedures; and (iv) setting a final hearing (the "Final Hearing") on the proposed Assurance

and Objection Procedures; and upon consideration of the Declaration of William Cogswell in

Support of the First Day Motions and Applications (the "Cogswell Declaration"); and the Court

having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to

consider the Motion and the relief requested therein; and venue being proper in this Court

pursuant to sections 1408 and 1409 of title 28 of the United States Code; and it appearing that

proper and adequate notice of the Motion has been given and that, except as otherwise ordered

herein, no other or further notice is necessary; and the Court having determined that the relief

sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in

interest; and the Court having determined that the legal and factual bases set forth in the

Motion and in the Cogswell Declaration establish just cause for the relief granted herein, it is

therefore:

> **ORDERED**, that the Motion is GRANTED on an interim basis; and it is further

> **ORDERED**, that the Debtors are authorized, but not directed, to pay on a timely

basis and in accordance with their pre-petition practices all undisputed invoices for post-

petition Utility Services provided by the Utilities to the Debtors; and it is further

> **ORDERED**, that within 20 days of the date of the commencement of these

chapter 11 cases, the Debtors shall establish the Adequate Assurance Deposit Account and

deposit therein a sum equal to approximately $275,000, which is two weeks of the Debtors'

estimated cost of utility consumption; and it is further

**ORDERED**, that the Adequate Assurance Deposit Account shall be maintained with a minimum balance equal to two weeks of the Debtors' estimated cost of utility service, provided that with respect to any Added Utilities Company, (i) such account shall be increased in an amount equal to the estimated cost of two weeks of such Added Utilities Company's services utilized by the Debtors, based on a yearly average and (ii) any amount by which the Adequate Assurance Deposit Account is increased with respect to an Added Utilities Company shall also increase the minimum balance to be maintained under the Adequate Assurance Deposit Account; and provided further, that to the extent the Debtors terminate any Utility Service provided by a Utility, make other arrangements with respect to adequate assurance of payment, or determine that an entity listed on Exhibit C to the Motion is not a Utility, the Debtors are permitted to reduce the balance in the Adequate Assurance Deposit Account, in the amount allocated for such Utility account and any bank at which the Debtors maintain the Adequate Assurance Deposit Account may rely on the representations of the Debtors that a request to reduce the Adequate Assurance Deposit Account is in accordance with this order without liability; and it is further

**ORDERED**, that, except in accordance with the procedures set forth herein and absent further order of the Court, all Utilities are prohibited from (i) discontinuing, altering or refusing service to the Debtors on account of the commencement of these chapter 11 cases or any unpaid pre-petition charges, and (ii) discriminating against the Debtors, or requiring payment of a security deposit or receipt of any other security from the Debtors for continued service, as a result of the Debtors' bankruptcy filing or any outstanding pre-petition invoices; and it is further

**ORDERED**, that if a Utility is not satisfied with the assurance of future payment provided by the Debtors, the Utility must serve a written request for additional

adequate assurance of payment (an "Additional Adequate Assurance Request") by submitting

such written request to (i) the Debtors: Diamond Glass, Inc., Attn: William Cogswell,

President, 220 Division Street, Kingston, PA 18704, and (ii) co-counsel to the Debtors: Young

Conaway Stargatt & Taylor, LLP, Attn: Donald J. Bowman, Esquire, The Brandywine

Building, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (collectively, the

"Notice Parties"); and it is further

ORDERED that any Additional Adequate Assurance Request must be in

writing to the Debtors and set forth (i) the location for which utility services are provided; (ii)

the account number(s) for such locations; (iii) the outstanding balance for each such account;

(iv) a summary of the Debtors' payment history relevant to the affected account(s), including

any security deposits or other prepayments or assurances previously provided by the Debtors;

(v) a description, in sufficient detail, of the reason(s) why the treatment afforded pursuant to

the procedures set forth herein does not constitute satisfactory adequate assurance of payment;

and (vi) a proposal for what would constitute adequate assurance of payment from the Debtors,

along with an explanation of why such proposal is reasonable; and it is further

ORDERED, that the Debtors may, in their discretion, consensually resolve any

Additional Adequate Assurance Request with the requesting Utility without further order of the

Court, and may, in connection with any such resolution and in their discretion, provide the

Utility with additional Adequate Assurance, including a cash deposit, prepayments, and/or

other forms of security, without further order of the Court, if the Debtors determine in their

business judgment that the additional Adequate Assurance is reasonable; and it is further

ORDERED, that if the Debtors determine that the additional Adequate

Assurance requested by the Utility is not reasonable, then the Debtors shall, within thirty (30)

days after the receipt of the Additional Adequate Assurance Request, file a motion (a

"Determination Motion"), pursuant to section 366(c)(3) of the Bankruptcy Code, seeking a determination from the Court that the Adequate Assurance Deposit, plus any additional consideration offered by the Debtors, constitutes adequate assurance of payment; and it is further

**ORDERED**, that nothing set forth herein is intended to, nor shall it, modify or alter the burdens of proof in connection with a Determination Motion; and it is further

**ORDERED**, that pending notice and a hearing on the Determination Motion, such Utility will be prohibited from altering, refusing or discontinuing service to the Debtors or discriminating against the Debtors on account of the commencement of these chapter 11 cases or any unpaid pre-petition charges; and it is further

**ORDERED**, that based on the establishment of the Adequate Assurance Deposit Account, a Utility will be deemed to have adequate assurance of payment unless and until a future order of this Court is entered requiring further assurance of payment; and it is further

**ORDERED**, that within five business days of entry of this Interim Utility Order, the Debtors shall serve the Motion and this Interim Utility Order via first-class mail on the Utilities, each other party that the Debtors believe could be affected by the Motion, and on all other parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and it is further

**ORDERED**, that the deadline by which objections to the Motion and the Final Utility Order must be filed and served is _____, 2008, at 4:00 p.m. (prevailing Eastern time). A final hearing, if required, on the Motion will be held on _____, 2008 at _____ __.m. (prevailing Eastern time). If no

objections are filed to the Motion, this Court may enter the Final Utility Order without further notice or hearing; and it is further

ORDERED, that the Debtors are authorized, in their sole discretion, to amend the list of Utilities attached as Exhibit C to the Motion to add or delete any Utility; and it is further

ORDERED, that, nothing in the Motion, Exhibit C thereto or this Interim Utility Order constitutes a finding that any entity is or is not a utility company hereunder or under section 366 of the Bankruptcy Code; and it is further

ORDERED, that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Interim Utility Order; and it is further

ORDERED, that, notwithstanding the relief granted herein and any actions taken pursuant hereto, nothing herein shall be deemed: (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' right to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined hereunder; (v) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of title 11 of the Bankruptcy Code; or (vi) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law; and it is further

ORDERED, that, notwithstanding the relief granted herein and any actions taken pursuant hereto, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of, any claim held by any person; and it is further

**ORDERED**, that the terms and conditions of this Interim Utility Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Interim Utility Order.

Dated: Wilmington, Delaware
April __, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

# Exhibit B

## Final Utility Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DIAMOND GLASS, INC., et al.,[1] | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |
| | ) | Docket Ref. No. _____ |

### FINAL ORDER PURSUANT TO SECTIONS 366 AND 105 OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING REFUSING OR DISCONTINUING SERVICE TO THE DEBTORS; (II) DEEMING UTILITY PROVIDERS ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (III) ESTABLISHING CERTAIN PROCEDURES TO DETERMINE REQUESTS FOR ADEQUATE ASSURANCE OF PAYMENT

Upon the Debtors' Motion for Interim and Final Orders Pursuant to Sections

366 and 105 of the Bankruptcy Code (i) Prohibiting Utility Providers from Altering, Refusing,

or Discontinuing Service to the Debtors; (ii) Deeming Utility Providers Adequately Assured of

Future Performance; and (iii) Establishing Procedures to Determine Requests for Adequate

Assurance of Payment (the "Motion"), filed by Diamond Glass Companies, Inc. and DT

Subsidiary Corp. (collectively, the "Debtors"), by and through their undersigned counsel,

seeking entry of an order (i) determining that the Debtors have provided each of their utility

providers (each singularly, a "Utility," and, collectively, the "Utilities") with "adequate

assurance of payment" in compliance with section 366 of the Bankruptcy Code[2] ("Adequate

Assurance"); (ii) approving certain procedures (the "Assurance Procedures"), which provide

for an initial offer of Adequate Assurance to any Utility that requests it and a procedure for the

---

[1]     The Debtors in these proceedings are: Diamond Glass, Inc. (Tax ID No. XX-XXX8853); and DT Subsidiary Corp., a wholly owned subsidiary of Diamond Glass (Tax ID No. XX-XXX3494), each with a mailing address of 220 Division Street, Kingston, PA 18704. Diamond Glass, Inc. is formerly known as Diamond Glass Companies, Inc. and Diamond Triumph Auto Glass, Inc.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Utilities to request additional or different Adequate Assurance; (iii) prohibiting the Utilities from altering, refusing, or discontinuing utility services to the Debtors except in compliance with the Assurance Procedures; and (iv) setting a final hearing (the "Final Hearing") on the proposed Assurance and Objection Procedures; and upon consideration of the Declaration of William Cogswell in Support of the First Day Motions and Applications (the "Cogswell Declaration"); and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Motion and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and the Debtors having, or soon to have, established an Adequate Assurance Deposit Account and deposited therein a sum equal to approximately two weeks of the Debtors' estimated cost of utility consumption; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and in the Cogswell Declaration establish just cause for the relief granted herein, it is therefore:

**ORDERED,** that the Motion is GRANTED on a final basis; and it is further

**ORDERED,** that the Debtors are authorized, but not directed, to pay on a timely basis and in accordance with their pre-petition practices all undisputed invoices for post-petition Utility Services provided by the Utilities to the Debtors; and it is further

**ORDERED,** that within 20 days of the date of the commencement of these chapter 11 cases, the Debtors shall establish the Adequate Assurance Deposit Account and deposit therein a sum equal to approximately $275,000, which is two weeks of the Debtors' estimated cost of utility consumption; and it is further

**ORDERED**, that the Adequate Assurance Deposit Account shall be maintained with a minimum balance equal to two weeks of the Debtors' estimated cost of utility service, provided that with respect to any Added Utilities Company, (i) such account shall be increased in an amount equal to the estimated cost of two weeks of such Added Utilities Company's services utilized by the Debtors, based on a yearly average and (ii) any amount by which the Adequate Assurance Deposit Account is increased with respect to an Added Utilities Company shall also increase the minimum balance to be maintained under the Adequate Assurance Deposit Account; and provided further, that to the extent the Debtors terminate any Utility Service provided by a Utility, make other arrangements with respect to adequate assurance of payment, or determine that an entity listed on Exhibit C to the Motion is not a Utility, the Debtors are permitted to reduce the balance in the Adequate Assurance Deposit Account, in the amount allocated for such Utility account and any bank at which the Debtors maintain the Adequate Assurance Deposit Account may rely on the representations of the Debtors that a request to reduce the Adequate Assurance Deposit Account is in accordance with this order without liability; and it is further

**ORDERED**, that, except in accordance with the procedures set forth herein and absent further order of the Court, all Utilities are prohibited from (i) discontinuing, altering or refusing service to the Debtors on account of the commencement of these chapter 11 cases or any unpaid pre-petition charges and (ii) discriminating against the Debtors, or requiring payment of a security deposit or receipt of any other security from the Debtors for continued service, as a result of the Debtors' bankruptcy filing or any outstanding pre-petition invoices; and it is further

**ORDERED**, that if and to the extent the Debtors become delinquent with respect to a Utility Service then, after filing a notice of such delinquency (the "Delinquency

Notice") with this Court and serving such notice on (i) the Debtors: Diamond Glass, Inc., Attn: William Cogswell, President, 220 Division Street, Kingston, PA 18704, and (ii) co-counsel to the Debtors: Foley & Lardner, LLP, Attn: Michael P. Richman, Esquire, 90 Park Avenue, New York, New York 10016, and Young Conaway Stargatt & Taylor, LLP, Attn: Donald J. Bowman, Jr., Esquire, The Brandywine Building, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, (iii) counsel to any statutory committees appointed in these cases, and (iv) counsel for the United States Trustee, the Debtors have not cured such delinquency or a party-in-interest has not objected to the Delinquency Notice, in either case within ten (10) days, then the Debtors shall remit to such Utility from the Adequate Assurance Deposit Account the lesser of (i) the amount allocated in the Adequate Assurance Deposit Account for such Utility account, and (ii) the amount of post-petition charges claimed as delinquent in the Delinquency Notice; and it is further

**ORDERED**, that if a Utility is not satisfied with the assurance of future payment provided by the Debtors, the Utility must serve a written request for additional adequate assurance of payment (an "Additional Adequate Assurance Request") by submitting such written request to (i) the Debtors: Diamond Glass, Inc., Attn: William Cogswell, President, 220 Division Street, Kingston, PA 18704, and (ii) co-counsel to the Debtors: Young Conaway Stargatt & Taylor, LLP, Attn: Donald J. Bowman, Jr., Esquire, The Brandywine Building, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (collectively, the "Notice Parties"); and it is further

**ORDERED** that any Additional Adequate Assurance Request must be in writing to the Debtors and set forth (i) the location for which utility services are provided; (ii) the account number(s) for such locations; (iii) the outstanding balance for each such account; (iv) a summary of the Debtors' payment history relevant to the affected account(s), including

any security deposits or other prepayments or assurances previously provided by the Debtors; (v) a description, in sufficient detail, of the reason(s) why the treatment afforded pursuant to the procedures set forth herein does not constitute satisfactory adequate assurance of payment; and (vi) a proposal for what would constitute adequate assurance of payment from the Debtors, along with an explanation of why such proposal is reasonable; and it is further

**ORDERED**, that the Debtors may, in their discretion, consensually resolve any Additional Adequate Assurance Request with the requesting Utility without further order of the Court, and may, in connection with any such resolution and in their discretion, provide the Utility with additional Adequate Assurance, including a cash deposit, prepayments, and/or other forms of security, without further order of the Court, if the Debtors determine in their business judgment that the additional Adequate Assurance is reasonable; and it is further

**ORDERED**, that if the Debtors determine that the additional Adequate Assurance requested by the Utility is not reasonable, then the Debtors shall, within thirty (30) days after the receipt of the Additional Adequate Assurance Request, file a motion (a "Determination Motion"), pursuant to section 366(c)(3) of the Bankruptcy Code, seeking a determination from the Court that the Adequate Assurance Deposit, plus any additional consideration offered by the Debtors, constitutes adequate assurance of payment; and it is further

**ORDERED**, that nothing set forth herein is intended to, nor shall it, modify or alter the burdens of proof in connection with a Determination Motion; and it is further

**ORDERED**, that pending notice and a hearing on the Determination Motion, such Utility will be prohibited from altering, refusing or discontinuing service to the Debtors or discriminating against the Debtors on account of the commencement of these chapter 11 cases or any unpaid pre-petition charges; and it is further

**ORDERED**, that based on the establishment of the Adequate Assurance Deposit Account, a Utility will be deemed to have adequate assurance of payment unless and until a future order of this Court is entered requiring further assurance of payment; and it is further

**ORDERED**, that the Debtors are authorized, in their sole discretion, to amend the list of Utilities attached as Exhibit C to the Motion to add or delete any Utility; and it is further

**ORDERED**, that, nothing in the Motion, Exhibit C thereto or this Final Utility Order constitutes a finding that any entity is or is not a utility company hereunder or under section 366 of the Bankruptcy Code; and it is further

**ORDERED**, that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Final Utility Order; and it is further

**ORDERED**, that, notwithstanding the relief granted herein and any actions taken pursuant hereto, nothing herein shall be deemed: (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' right to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined hereunder; (v) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of title 11 of the Bankruptcy Code; or (vi) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law; and it is further

**ORDERED**, that, notwithstanding the relief granted herein and any actions taken pursuant hereto, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of, any claim held by any person; and it is further

**ORDERED**, that the terms and conditions of this Final Utility Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Final Utility Order.

Dated: April __, 2008
      Wilmington, Delaware

                                        _____
                                          UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT C**
**Utility Provider List**

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| A PHONE JACK SYSTEMS INC. | 50062663 | 87 NEWBURY AVENUE | NO QUINCY | MA | 2171 |
| A.J. LETOURNEAU INC. | 50092548 | PO BOX 70573 | WORCESTER | MA | 1607 |
| AAA DISCOUNT TIRES, INC. | 50013384 | 801 MIDDLE COUNTRY ROAD | ST JAMES | NY | 11780 |
| A-B DISTRIBUTORS,INC.   RENT | 50000029 | 1116 N EDGEWOOD AVENUE | JACKSONVILLE | FL | 32254 |
| ACE WASTE SYSTEMS INC | 50000043 | PO BOX 77135 | BATON ROUGE | LA | 70879 |
| ADVANCED DISPOSAL SERVICES | 50093016 | PO BOX  791413 | BALTIMORE | MD | 217279-1413 |
| AFFORDABLE WASTE SYSTEMS INC. | 50093794 | 662 E COE AVENUE PO BOX 120628 | EAST HAVEN | CT | 6512 |
| AIKEN REFUSE INC. | 50094455 | 615 KATE HOUK ROAD | NEW CASTLE | PA | 16101 |
| ALABAMA GAS CORP | 50000088 | 20 TWENTIETH STREET SOUTH | BIRMINGHAM | AL | 35295 |
| ALABAMA POWER COMPANY | 50000089 | 150 ST JOSEPH STREET | MOBILE | AL | 36602 |
| ALL CYCLE WASTE, INC | 50013493 | PO BOX 976 | WILLISTON | VT | 5495 |
| ALLEGHENY POWER | 50013503 | PO BOX 1392 | FARIMONT | WV | 26555 |
| ALLIED WASTE SERVICES | 50062671 | PO BOX 830113 | BALTIMORE | MD | 21283-0113 |
| ALLIED WASTE SERVICES # 095 | 50134371 | TYNGSBORO PO BOX 9001993 | LOUISVILLE | KY | 40290-1993 |
| ALLIED WASTE SERVICES # 324 | 50134377 | VALLEY FORGE PO BOX 9001999 | LOUISVILLE | KY | 40290.1999 |
| ALLIED WASTE SERVICES # 956 | 50134381 | PO BOX 9001995 | LOUISVILLE | KY | 40290-1995 |
| ALL-STAR WASTE DISPOSAL | 50092558 | 6921 RECOVERY ROAD | LOUISVILLE | KY | 40214 |
| ALTOONA CITY AUTHORITY | 50003999 | 1301 12TH STREET SUITE 103 | ALTOONA | PA | 16601 |
| AMEREN CILCO | 50049096 | PO BOX 66826 | ST. LOUIS | MO | 63166 |
| AMERENUE | 50013536 | PO BOX 66529 | ST. LOUIS | MO | 63166 |
| AMERICAN ELECTRIC POWER | 50018349 | PO BOX 24401 | CANTON | OH | 44701 |
| AMERICAN EXPRESS | 50018536 | 2965 WEST CORPORATE LAKES BLVD | WESTON | FL | 33331-3626 |
| AMERIGAS | 50076823 | 361 S JUNCTION RD | PLATTSBURGH | NY | 12901 |
| AMERIGAS - FREDON | 50106235 | PO BOX 371473 | PITTSBURGH | PA | 15250-7473 |
| AMERIGAS - MALVERN | 50004060 | PO BOX 371473 | PITTSBURGH | PA | 15250-7473 |
| AMERIGAS - PLATTSBURGH | 50013554 | PO BOX 371473 | PITTSBURGH | PA | 15250-7473 |
| APPALACHIAN POWER | 50085055 | PO BOX 24401 | CANTON | OH | 44701 |
| APPLE OIL COMPANY | 50160047 | 325 MORGAN LANE | WEST HAVEN | CT | 6516 |
| AQUA PENNSYLVANIA | 50098320 | 762 W LANCASTER AVE | BRYN MAWR | PA | 19010 |
| AQUARION WATER COMPANY | 50062677 | 200 MONROE TURNPIKE | MONROE | CT | 6468 |
| ARMSTRONG | 50131067 | PO BOX 747087 | PITTSBURGH | PA | 15274-7087 |
| ARMSTRONG TELEPHONE CO. | 50004219 | PO BOX 747069 | PITTSBURGH | PA | 15274-7069 |
| AT & T MOBILITY | 50150833 | NATIONAL BUSINESS SERVICES PO BOX 78405 | PHOENIX | AZ | 85062-8405 |
| AT&T | 50088001 | PO BOX 930170 | DALLAS | TX | 75393-0170 |
| AT&T | 50036766 | PO BOX 105262 | ATLANTA | GA | 30348-5262 |
| AT&T | 50037111 | PO BOX 650516 | DALLAS | TX | 75265-0516 |
| AT&T | 50037450 | PO BOX 70529 | CHARLOTTE | NC | 28272-0529 |
| AT&T | 50053188 | PO BOX 660011 | DALLAS | TX | 75266-0011 |
| AT&T | 50067797 | PAYMENT CENTER | SACRAMENTO | CA | 95887-0001 |
| AT&T | 50076385 | PO BOX 630047 | DALLAS | TX | 75263- |

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | 0047 |
| AT&T | 50079983 | PO BOX 650661 | DALLAS | TX | 75265-0661 |
| AT&T | 50102312 | P.O. BOX 8100 | AURORA | IL | 60507-8100 |
| AT&T | 50102941 | P.O. BOX 989045 | WEST SACRAMENTO | CA | 95798-9045 |
| AT&T | 50110439 | P.O. BOX 8110 | AURORA | IL | 60507-8110 |
| AT&T - UNIVERSAL BILLER | 50035009 | PO BOX 830120 | BALTIMORE | MD | 21283-0120 |
| ATLANTIC BROADBAND | 50134553 | PO BOX 371801 | PITTSBURGH | PA | 15250-7801 |
| ATLANTIC CITY ELECTRIC | 50066209 | PO BOX 4875 | TRENTON | NJ | 8650 |
| ATLAS GLEN-MOR | 50111201 | P.O. BOX 6130 | CHELSEA | MA | 2150 |
| ATMC | 50000244 | PO BOX 3198 | SHALLOTE | NC | 28459 |
| ATMOS ENERGY | 50023490 | PO BOX 9001949 | LOUISVILLE | KY | 40290 |
| AUGUSTA COUNTY SERVICE AUTH | 50004296 | PO BOX 859 | VERONA | VA | 24482 |
| AUGUSTA SANITARY DISTRICT | 50142906 | 12 WILLIAMS ST | AUGUSTA | ME | 4330 |
| AVISTA UTILITIES | 50024829 | PO BOX 3727 | SPOKANE | WA | 99220 |
| BALTIMORE GAS & ELECTRIC | 50004419 | PO BOX 1475 | BALTIMORE | MD | 21203 |
| BANGOR HYDRO | 50013738 | PO BOX 11008 | LEWISTON | ME | 04243-9459 |
| BANGOR WATER DISTRICT | 50023976 | PO BOX 1129 | BANGOR | ME | 4402 |
| BARRY TELEPHONE COMPANY | 50018702 | PO BOX 128 | DELTON | MI | 49046 |
| BAY STATE GAS | 50013770 | 2025 ROOSEVELT AVE | SPRINGFIELD | MA | 1104 |
| BEAVER FALLS MUNICIPAL AUTH. | 50004523 | 1425 EIGHTH AVE | BEAVER FALLS | PA | 15010 |
| BELL  S. REGIONAL 404R200069-69 | 50000359 | 250 WILLIAMS STREET SUITE 5010 | ATLANTA | GA | 30303 |
| BERKSHIRE GAS CO | 50013829 | 115 CHESHIRE RD | PITTSFIELD | MA | 1201 |
| BLUEFIELD GAS COMPANY | 50121678 | 4699 E CUMBERLAND RD | BLUEFIELD | WV | 24701 |
| BOTTINI FUEL | 50013934 | 2785 WEST MAIN ST PO BOX 1640 | WAPPINGERS FALLS | NY | 12590-8640 |
| BOXELDER SANITATION DISTRICT | 50013941 | 3201 EAST MULBERRY ST, UNIT Q | FORT COLLINS | CO | 80524 |
| BRANDENBURG 200 | 50018847 | PO BOX 599 | BRANDENBURG | KY | 40108-0599 |
| BRIAN P. MARTIN | 50152430 | 5149 HENDERSON RD, LOT#147 | ERIE | PA | 16509 |
| BRIDEAU OIL CORPORATION | 50023986 | 49 COBBLER DRIVE | FITCHBURG | MA | 01420-6531 |
| BURGMEIER'S HAULING INC. | 50093793 | PO BOX 929 | ALTOONA | PA | 16603 |
| CABLEVISION | 50108373 | PO BOX 371378 | PITTSBURGH | PA | 15250-7378 |
| CABLEVISION | 50119299 | PO BOX 9202 | UNIONDALE | NY | 11555-9202 |
| CALVERT TRASH SERVICE | 50005053 | PO BOX 9001820 | LOUISVILLE | KY | 40290-1820 |
| CARL MINUTO CARTING COMPANY INC. | 50145270 | PO BOX 234 | WEST NYACK | NY | 10994 |
| CARPENTER & SMITH INC. | 50014087 | PO BOX 686 100 SPRING STREET | MONROE | NY | 10950-0686 |
| CASELLA WASTE SYSTEMS INC. | 50093808 | MAJOR ACCOUNT SERVICES PO BOX 749 | WEST RUTLAND | VT | 5777 |
| CENTERPOINT ENERGY | 50038240 | PO BOX 2628 | HOUSTON | TX | 77252 |
| CENTERPOINT ENERGY ARKLA | 50062901 | PO BOX 2628 | HOUSTON | TX | 77252 |
| CENTRAL HUDSON | 50014109 | 284 S AVE | POUGHKEEPSIE | NY | 12601 |
| CENTRAL MAINE POWER COMPANY | 50014112 | 83 EDISON DR | AUGUSTA | ME | 4336 |
| CENTURY EXECUTONE | 50163422 | 2688 DEL MONTE STREET | W. SACRAMENTO | CA | 95691 |
| CENTURY TEL | 50019055 | P.O. BOX 4300 | CAROL STREAM | IL | 60197-4300 |
| CENTURY TEL | 50019056 | PO BOX 6001 | MARION | LA | 71260- |

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | 6001 |
| CHAMPION FITNESS | 50043233 | ATTN ROGER DUCHON 4500 CLAIRTON BLVD | PITTSBURGH | PA | 15236 |
| CHARLESTON SANITARY BOARD | 50148877 | AND CITY OF CHARLESTON FEES PO BOX 711787 | COLUMBUS | OH | 43271-1787 |
| CHARTER COMMUNICATIONS | 50135999 | PO BOX 9001929 | LOUISVILLE | KY | 40290-1929 |
| CHARTER COMMUNICATIONS | 50147158 | PO BOX 78016 | PHOENIX | AZ | 85062-8016 |
| CHESTNUT RIDGE COMMUNICATIONS | 50163427 | 890 OLD WILLIAM PENN HIGHWAY | BLAIRSVILLE | PA | 15717 |
| CIFALOGLIO INC. | 50005402 | PO BOX 79 | LANDISVILLE | NJ | 8326 |
| CINCINNATI BELL | 50019115 | PO BOX 748003 | CINCINNATI | OH | 45274-8003 |
| CINGULAR WIRELESS | 50000253 | PO BOX 78405 | PHOENIX | AZ | 85062-8405 |
| CIRCLE J ROLL-OFFS INC | 50043494 | 4040 NORTH BOULEVARD | MONTGOMERY | AL | 36110 |
| CITIZENS GAS | 50019127 | PO BOX 7056 | INDIANAPOLIS | IN | 46207 |
| CITY OF PENSACOLA | 50114249 | PO BOX 12910 | PENSACOLA | FL | 32521 |
| CITY CARTING COMPANY | 50014223 | PO BOX 4383 | STAMFORD | CT | 6906 |
| CITY CHAMBERLAND DEPT OF FINAN | 50014203 | 6 MILLER ST | PLATTSBURGH | NY | 12901 |
| CITY OF ALBUQUERQUE | 50014207 | PO BOX 1313 | ALBUQUERQUE | NM | 87103-1313 |
| CITY OF ANAHEIM | 50029939 | 201 SOUTH ANAHEIM BLVD | ANAHEIM | CA | 92805 |
| CITY OF AUGUSTA | 50014229 | 16 CONY DRIVE | AUGUSTA | ME | 4330 |
| CITY OF AUSTIN | 50025136 | PO BOX 2267 | AUSTIN | TX | 78768 |
| CITY OF BRISTOL TN WATER & SE | 50000765 | PO BOX 1348 | BRISTOL | TN | 37621 |
| CITY OF BURTON | 50019153 | 4303 S CENTER RD | BURTON | MI | 48519 |
| CITY OF COLUMBUS WATER AND SEW | 50027384 | PO BOX 182882 | COLUMBUS | OH | 43214 |
| City of Conroe | 50132042 | PO BOX 3066 | CONROE | TX | 77305 |
| CITY OF DANVILLE | 50027822 | PO BOX 3308 | DANVILLE | VA | 24543 |
| CITY OF DAYTON WATER | 50019135 | 101 W 3RD ST | DAYTON | OH | 45402 |
| CITY OF DUNBAR PO 483 | 50014241 | PO BOX 483 | DUNBAR | WV | 25064-0216 |
| CITY OF EVERETT 484 BROADWAY | 50014244 | 484 BROADWAY | EVERETT | MA | 2149 |
| CITY OF GREENSBORO | 50000819 | PO BOX 1170 | GREENSBORO | NC | 27402 |
| CITY OF HORNELL | 50005460 | PO BOX 627 | HORNELL | NY | 14843 |
| CITY OF INDEPENDENCE UTILITIES | 50115353 | 11610 E TRUMAN RD | INDEPENDENCE | MO | 64051 |
| CITY OF IRVING-UTILITY BILLING | 50093835 | 825 WEST IRVING BLVD | IRVING | TX | 75060 |
| CITY OF ITHACA | 50005462 | 108 GREEN ST | ITHACA | NY | 14850 |
| CITY OF KEENE UT | 50014250 | 3 WASHINGTON ST | KEENE | NH | 3431 |
| CITY OF LAFAYETTE (INDIANA) | 50033052 | 20 NORTH 6TH ST | LAFAYETTE | IN | 47902 |
| CITY OF LAWRENCE | 50019163 | 200 COMMON ST | LAWRENCE | MA | 1840 |
| CITY OF LEBANON (WATER AUTHORI | 50005465 | 400 S EIGHTH ST, ROOM 111 | LEBANON | PA | 17042 |
| CITY OF LEOMINSTER | 50122267 | 25 WEST ST | LEOMINSTER | MA | 1453 |
| CITY OF LONGMONT | 50029816 | 350 KIMBARK ST | LONGMONT | CO | 80501 |
| CITY OF MANCHESTER NH | 50014254 | PO BOX 4600 | MANCHESTER | NH | 03108-4600 |
| CITY OF MILFORD | 50103817 | PO BOX 159 | MILFORD | DE | 19963 |
| CITY OF MONTPELIER | 50014258 | 39 MAIN ST. CITY HALL | MONTPELIER | VT | 5602 |
| CITY OF OCALA UTILITIES | 50000780 | PO BOX 1330 | OCALA | FL | 34478-1330 |
| CITY OF OKLAHOMA CITY | 50155113 | PO BOX 26570 | OKLAHOMA CITY | OK | 73126-0570 |
| CITY OF POOLER - DEPT. OF INSP | 50033215 | 100 SOUTH WEST HWY 80 | POOLER | GA | 31322 |

3

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| CITY OF QUINCY | 50066993 | 1305 HANCOCK ST | QUINCY | MA | 2169 |
| CITY OF RALEIGH | 50000793 | PO BOX 590 | RALEIGH | NC | 27602 |
| CITY OF RICHMOND (PUBLIC UTILI | 50005475 | 730 E BROAD ST, 5TH FLOOR | RICHMOND | VA | 23219 |
| CITY OF ROSEVILLE | 50032194 | PO BOX 45807 | SAN FRANCISCO | CA | 94145-0807 |
| CITY OF ROSEVILLE - NEW ADDRES | 50079336 | PO BOX 541007 | LOS ANGELES | CA | 90054 |
| CITY OF SANTA CLARA | 50028417 | 1500 WARBURTON AVE | SANTA CLARA | CA | 95052 |
| CITY OF SOMERSWORTH | 50014271 | ONE GOVERNMENT WAY | SOMERSWORTH | NH | 3878 |
| CITY OF SOUTH SALT LAKE | 50014219 | 220 EAST MORRIS AVE, SUITE 200 | SOUTH SALT LAKE | UT | 84115 |
| CITY OF TALLAHASSEE UTILITIES | 50025882 | 600 N MONROE ST | TALLAHASSEE | FL | 32301 |
| CITY OF TOLEDO DEPT OF PUBLIC | 50019145 | 420 MADISON AVE, SUITE 100 | TOLEDO | OH | 43667 |
| CITY OF UNIONTOWN | 50027306 | 20 N GALLATIN AVEROOM 106 | UNIONTOWN | PA | 15401 |
| CITY OF UNIONTOWN SEWAGE SYSTE | 50030638 | ROOM 106 FIRST FLOOR-CITY HALL/ 20 N. GALLATIN AVE | UNIONTOWN | PA | 15401 |
| CITY OF VIRGINIA BEACH | 50035696 | MUNICIPAL CENTER, BLDG 2/ 2405 COURTHOUSE DR | VIRGINIA BEACH | VA | 23456 |
| CITY OF VIRGINIA BEACH | 50037752 | 2401  COURTHOUSE DRIVE | VIRGINIA BEACH | VA | 23456-9018 |
| CITY OF WEST COLUMBIA | 50132480 | PO BOX 4044 | WEST COLUMBIA | SC | 29171 |
| CITY OF ZANESVILLE | 50019178 | 401 MARKET ST | ZANESVILLE | OH | 43701 |
| COASTAL COMMUNICATIONS 1909 | 50000896 | PO BOX 1909 | HINESVILLE | GA | 31310-8909 |
| COLORADO SPRINGS UTILITIES | 50014361 | PO BOX 1103 | COLORADO SPRINGS | CO | 80947 |
| COLUMBIA GAS OF KENTUCKY | 50027264 | PO BOX 2318 | COLUMBUS | OH | 43216 |
| COLUMBIA GAS OF MARYLAND | 50141420 | PO BOX 2318 | COLUMBUS | OH | 43216 |
| COLUMBIA GAS OF OHIO | 50024131 | PO BOX 2318 | COLUMBUS | OH | 43216 |
| COLUMBIA GAS OF PENNSYLVANIA | 50137024 | PO BOX 2318 | COLUMBUS | OH | 43216 |
| COLUMBIA GAS OF VIRGINIA | 50024310 | PO BOX 2318 | COLUMBUS | OH | 43216 |
| COLUMBUS WATER WORKS | 50031601 | P.O. BOX 1600 | COLUMBUS | GA | 31902-1600 |
| COMBINED ENERGY SVCS. | 50014364 | PO BOX 333 | THOMPSONVILLE | NY | 12784 |
| COMCAST | 50113775 | PO BOX 1577 | NEWARK | NJ | 07101-1577 |
| COMCAST | 50116574 | P.O. BOX 34744 | SEATTLE | WA | 98124-1744 |
| COMCAST | 50126358 | PO BOX 3006 | SOUTHEASTERN | PA | 19398-3006 |
| COMCAST | 50127837 | PO BOX 3005 | SOUTHEASTERN | PA | 19398-3005 |
| COMCAST | 50132208 | PO BOX 37601 | PHILADELPHIA | PA | 19101-0601 |
| COMCAST CABLE | 50115022 | PO BOX 34227 | SEATTLE | WA | 98124-1227 |
| COMED | 50019257 | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMPORIUM COMMUNICATION | 50026401 | PO BOX 1299 | FORT MILL | SC | 29715 |
| COMPORIUM COMMUNICATIONS | 50023760 | PO BOX 1042 | ROCK HILL | SC | 29731-7042 |
| CON EDISON | 50014395 | PO BOX 138 | NEW YORK | NY | 10276 |
| CON EDISON (COOPER STATION) | 50014395 | PO BOX 138 | NEW YORK | NY | 10276 |
| CONNECTICUT LIGHT & POWER | 50014397 | PO BOX 2960 | HARTFORD | CT | 6104 |
| CONNECTICUT NATURAL GAS | 50014402 | PO BOX 1085 | AUGUSTA | ME | 4332 |
| CONSOLIDATED COMMUNICATIONS | 50144134 | PO BOX 66523 | SAINT LOUIS | MO | 63166-6523 |
| CONSUMERS ENERGY | 50019282 | NO STREET ADDRESS | LANSING | MI | 48937 |

4

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| CONVERGENT COMMUNICATIONS | 50097594 | 1605 VALLEY CENTER PARKWAY SUITE 250 | BETHLEHEM | PA | 18017 |
| COX COMMUNICATIONS | 50124352 | PO BOX 9001078 | LOUISVILLE | KY | 40290-1078 |
| COX COMMUNICATIONS | 50150710 | PO BOX 268870 | OKLAHOMA CITY | OK | 73126-8870 |
| COX COMMUNICATIONS | 50160868 | PO BOX 183124 | COLUMBUS | OH | 43218-3124 |
| COX COMMUNICATIONS | 50163426 | PO BOX 9001077 | LOUISVILLE | KY | 40290-1077 |
| CREVE COEUR WATER & SEWER DEPT | 50019334 | 101 N THORNCREST AVE | CREVE COEUR | IL | 61610 |
| CROWN EXCEL DISPOSAL LLC | 50093026 | PO BOX 500816 | ST LOUIS | MO | 63150-0816 |
| D & E COMMUNICATIONS | 50026260 | PO BOX 8468 | LANCASTER | PA | 17604-8468 |
| D.F. RICHARD ENERGY | 50014671 | PO BOX 669 | DOVER | NH | 3821 |
| DANLEY'S DISPOSAL | 50006022 | P O BOX 454 | SUNBURY | PA | 17801 |
| DAYTON POWER AND LIGHT CO | 50019461 | PO BOX 740598 | CINCINNATI | OH | 45274 |
| DEBORAH CRONIN | 50055866 | 391 MAIN ST | AMESBURY | MA | 1913 |
| DEFFENBAUGH DISPOSAL SERVICE | 50014612 | PO BOX 3220 | SHAWNEE | KS | 66203 |
| DELHI TELEPHONE | 50006180 | PO BOX 271 | DELHI | NY | 13753 |
| DELMARVA POWER | 50006184 | PO BOX 17000 | WILMINGTON | DE | 19886 |
| DEPARTMENT OF WATER SUPPLY | 50014659 | MESIER HOMESTEAD | WAPINGERS FALLS | NY | 12590 |
| DEREK YONISH HAULING SERVICE | 50093330 | 416 MAIN STREET | SEANOR | PA | 15953 |
| DETROIT EDISON | 50019520 | 2000 2ND AVE | DETROIT | MI | 48226 |
| DISPOSALL INC. OF JACKSON | 50101169 | PO BOX 161418 | ALTAMONTE SPRINGS | FL | 32716-1418 |
| DOMINION EAST OHIO #26785 | 50019557 | PO BOX 26785 | RICHMOND | VA | 23261 |
| DOMINION HOPE | 50024398 | PO BOX 26783 | RICHMOND | VA | 23261-6783 |
| DOMINION PEOPLES | 50006436 | PO BOX 26784 | RICHMOND | VA | 23261 |
| DOMINION VIRGINIA POWER | 50006437 | PO BOX 26543 | RICHMOND | VA | 23290 |
| DORCHESTER COUNTY SOLID WASTE DEPT. | 50001194 | PO BOX 9 | DORCHESTER | SC | 29437-0009 |
| DOTHAN UTILITIES | 50001200 | PO BOX 6728 | DOTHAN | AL | 36302 |
| DOYLESTOWN TELEPHONE COMPANY | 50019605 | 81 N PORTAGE ST | DOYLESTOWN | OH | 44230 |
| DR. PHILLIPS, INC. | 50001209 | PO BOX 3753 | ORLANDO | FL | 32803-3753 |
| DUKE ENERGY | 50019119 | PO BOX 9001076 | LOUISVILLE | KY | 40290 |
| DUKE ENERGY (POWER) | 50001213 | PO BOX 1090 | CHARLOTTE | NC | 28201 |
| DUNBAR SANITARY BOARD | 50068374 | PO BOX 97 | DUNBAR | WV | 25064 |
| DUNCAN DISPOSAL | 50093024 | PO BOX 9001856 | LOUISVILLE | KY | 40290-1856 |
| DUQUESNE LIGHT CO | 50006559 | PAYMENT PROCESSING CENTER, PO BOX 10 | PITTSBURGH | PA | 15230 |
| EAGLE PLAZA | 50105805 | 521 SHORELINE DR | LIBERTY LAKE | WA | 99019 |
| EAST PENNSBORO TOWNSHIP | 50006606 | 98 S ENOLA DRIVE | ENOLA | PA | 17025-2796 |
| ECUA | 50001240 | 9250 HAMMAN ST ELLYS IND PARK | PENSACOLA | FL | 32523 |
| EL PASO CO. TEL CO 480 PEYTON HIGHWAY | 50014851 | 480 PEYTON HIGHWAY | COLORADO SPRINGS | CO | 80930 |
| ELITE WAST INDUSTRIES | 50092983 | PO BOX 38319 | HOUSTON | TX | 77238 |
| ELIZABETHTOWN GAS | 50006705 | PO BOX 4569, LOCATION 6250 | ATLANTA | GA | 30302 |
| ELIZABETHTOWN GAS | 50164402 | PO BOX 1560 | NEWARK | NJ | 07101-1560 |
| ELIZABETHTOWN GAS CO | 50163200 | RICKART COLLECTION SYSTEMS, INC. PO BOX 7242 | NORTH BRUNSWICK | NJ | 8902 |
| EMBARQ | 50003100 | PO BOX 96064 | CHARLOTTE | NC | 28296- |

5

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | 0064 |
| EMBARQ | 50101159 | PO BOX 660068 | DALLAS | TX | 75266-0068 |
| ENTERGY | 50001284 | PO BOX 8108 | BATON ROUGE | LA | 70891 |
| ENTERGY | 50141441 | PO BOX 8103 | BATON ROUGE | LA | 70891-8104 |
| ENTERGY | 50163601 | PO BOX 8104 | BATON ROUGE | LA | 70891-8104 |
| EQUITABLE GAS | 50104678 | PO BOX 6766 | PITTSBURGH | PA | 15212 |
| ERIE COUNTY WATER AUTHORITY | 50006897 | 350 ELLICOTT SQ. BLDG. | BUFFALO | NY | 14203 |
| ETW LLC | 50093038 | 9304 D'ARCY ROAD | UPPER MARLBORO | MD | 20774 |
| EVANS DISPOSAL | 50006927 | 2705 SNYDER AVE | ESPY | PA | 17815 |
| EVANSVILLE WATERWORKS DEPT | 50019740 | 1 N.W. ML KING JR. BLVD., ROOM 104 | EVANSVILLE | IN | 47740 |
| EVERGREEN WASTE SYSTEMS | 50092723 | 22 TARGET CIRCLE | BANGOR | ME | 04401-5716 |
| Fair Point Communications | 50004581 | 608 MAIN ST | BENTLEYVILLE | PA | 15314 |
| FALESTO BROS. INC. | 50092953 | 200 MERSELES STREET | JERSEY CITY | NJ | 7302 |
| FENNELL CONTAINER CO., INC. | 50001370 | PO BOX 9001011 | LOUISVILLE | KY | 40290-1011 |
| FIRST PIEDMONT CORP. (CHATHAM, VA) | 50007069 | PO DRAWER 1069 108 S MAIN STREET | CHATHAM | VA | 24531 |
| FLORIDA POWER AND LIGHT CO. | 50001423 | PO BOX 025576 | MIAMI | FL | 33102 |
| FRADE'S DISPOSAL INC. | 50092598 | PO BOX 50398 | NEW BEDFORD | MA | 2745 |
| FRED FULLER OIL CO., INC. | 50044888 | 55 BAY STREET | LACONIA | NH | 3246 |
| FRONTIER | 50024516 | PO BOX 20919 | ROCHESTER | NY | 14602-0919 |
| FRONTIER | 50043632 | PO BOX 20550 | ROCHESTER | NY | 14602-0550 |
| Frontier | 50085806 | P.O. BOX 900 | NEWARK | NJ | 07101-0900 |
| Frontier | 50085806 | P.O. BOX 900 | NEWARK | NJ | 07101-0900 |
| FRONTIER 92789 | 50015066 | PO BOX 92789 | ROCHESTER | NY | 14692-8889 |
| FRONTIER COMMUNICATIONS OF PA | 50007243 | PO BOX 20949 | ROCHESTER | NY | 14602-0949 |
| FRONTIER TELEPHONE OF ROCHESTER | 50007246 | PO BOX 23008 | ROCHESTER | NY | 14692-3008 |
| FRONTIER-RHINELANDER | 50026057 | PO BOX 20859 | ROCHESTER | NY | 14602-0859 |
| FRYROSE ENTERPRISES | 50019870 | SUITE 900 137 NORTH MAIN STREET | DAYTON | OH | 45402 |
| GALLATIN RIVER COMMUNICATIONS | 50019881 | PO BOX 1800 | GALESBURG | IL | 61402-1800 |
| GALLEGOS SANITATION | 50092566 | PO BOX 1986 | FORT COLLINS | CO | 80522 |
| GARDEN CITY | 50025886 | 6015 GLENWOOD ST | GARDEN CITY | ID | 83714 |
| GARY W. GRAY TRUCKING INC. | 50092559 | PO BOX 48 RT. 46 | DELAWARE | NJ | 7833 |
| GDS ASHVILLE | 50001498 | PO BOX 9001707 | LOUISVILLE | KY | 40290-1707 |
| GENESEE VALLEY REGIONAL | 50007364 | 900 JEFFERSON ROAD | ROCHESTER | NY | 14623 |
| GEORGE H BLOUCH FUEL SERVICE I | 50007374 | 440 SOUTH NINTH STREET | LEBANON | PA | 17042 |
| GEORGIA NATURAL GAS SERVICES | 50035793 | PO BOX 723908 | ATLANTA | GA | 31139 |
| GEORGIA POWER COMPANY | 50001527 | 4224 EVANS TO LOCK RD | EVANS | GA | 30809 |
| GOECKNER, INC. | 50082181 | 1310 S SHUMWAY ST | TAYLORVILLE | IL | 62568 |
| GRAND VALLEY POWER | 50015198 | 2727 GRAND AVENUE | GRAND JUNCTION | CO | 81502 |
| GRANITE TELECOMMUNICATIONS | 50091428 | PO BOX 1405 | LEWISTON | ME | 04243-1405 |
| GREATER JOHNSTOWN WATER AUTHOR | 50007519 | PO BOX 1407 | JOHNSTOWN | PA | 15907 |
| GREEN BAY WATER UTILITY | 50019989 | 631 S ADAMS ST | GREEN BAY | WI | 45301 |

6

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| GREEN EARTH LLC | 50093039 | PO BOX 1347 | HARRISONBURG | VA | 22803-1347 |
| GREEN MOUNTAIN POWER CORP. | 50015216 | 163 ACORN LANE | COLCHESTER | VT | 5446 |
| GREENVILLE UTILITIES | 50121719 | PO BOX 1847 | GREENVILLE | NC | 27835 |
| GREENVILLE WATER SYSTEM | 50001594 | PO BOX 687 | GREENVILLE | SC | 29602 |
| GROOT RECYCLING & WASTE SERVICES INC. | 50093800 | 2500 LANDMEIER ROAD | ELK GROVE VILLAGE | IL | 60007 |
| GROTON UTILITIES | 50015236 | 295 MERIDIAN ST | GROTON | CT | 6340 |
| GULF POWER | 50164406 | PO BOX 830660 | BIRMINGHAM | AL | 35283-0660 |
| GULF POWER ELECTRIC | 50001622 | 75 NORTH PACE BLVD | PENSACOLA | FL | 32520 |
| GULFTEL COMMUNICATIONS | 50025105 | PO BOX 830954 | BIRMINGHAM | AL | 35283-0954 |
| HANCOCK TELEPHONE | 50007642 | PO BOX 608 | HANCOCK | NY | 13753 |
| HARGRAY TELEPHONE CO. | 50007659 | PO BOX 2000 | HILTON HEAD ISLAND | SC | 29938-2000 |
| HELLER'S GAS AND CUSTOM MADE F | 50007743 | 593 E 7TH STREET | BLOOMSBURG | PA | 17815 |
| HERITAGE PROPANE | 50107910 | P.O. BOX 900 | JOHNSON CITY | TN | 37605 |
| HINGHAM MUNICIPAL LIGHTING PLA | 50062830 | 222 CENTRAL ST | HINGHAM | MA | 2043 |
| HOFFMAN | 50062096 | PO BOX 32838 | HARTFORD | CT | 06150-2838 |
| HORIZON CHILLICOTHE TELEPHONE | 50020126 | 68 EAST MAIN STREETPO BOX 480 | CHILLICOTHE | OH | 45601-0480 |
| HOWELL TRUCKING INC | 50007919 | 14108 CANAL ROAD SE PO BOX 2421 | CUMBERLAND | MD | 21503-2421 |
| HRSD | 50127878 | PO BOX 1651 | NORFOLK | VA | 23501-1651 |
| HYANNIS MACK REALTY TRUST | 50152428 | 18 BLACK FLATS RD | DENNIS | MA | 2638 |
| IDAHO POWER | 50026445 | PO BOX 70 | BOISE | ID | 83707 |
| INDIANA AMERICAN WATER | 50104679 | PO BOX 5127 | CAROL STREAM | IL | 60197 |
| INDIANA AMERICAN WATER | 50160591 | PO BOX 94551 | PALATINE | IL | 60094-4551 |
| INDIANA MICHIGAN POWER | 50082182 | PO BOX 24407 | CANTON | OH | 44701 |
| INDIANAPOLIS POWER & LIGHT COM | 50020194 | PO BOX 110 | INDIANAPOLIS | IN | 46206 |
| INSIGHT | 50119300 | PO BOX 740273 | CINCINNATI | OH | 45274-0273 |
| INTELLIGENT VOICE SOLUTIONS | 50046742 | 7652 SAWMILL ROAD SUITE 156 | DUBLIN | OH | 43016 |
| INTERMOUNTAIN GAS COMPANY | 50026359 | PO BOX 64 | BOISE | ID | 83732 |
| INTERSTATE WASTE SERVICES | 50092977 | PO BOX 553672 | DETORIT | MI | 48255-3672 |
| IPPOLITO INDUSTRIES INC. | 50092568 | 1 BOUMAR PLACE | ELMWOOD PARK | NJ | 7407 |
| IRVING OIL CORPORATION | 50015464 | PO BOX 11013 | LEWISTON | ME | 04243-9464 |
| J.F. MCNAMARA & SONS CORP. | 50093336 | 161 MORTON STREET PO BOX 6 | STOUGHTON | MA | 02072-0006 |
| J.J. POWELL INC. | 50136962 | 206 S POTTER STREET | BELLEFONTE | PA | 16823 |
| J.P. MASCARO & SONS | 50008522 | PO BOX 7250 | AUDUBON | PA | 19407-7250 |
| JAMES SHEVLIN | 50159746 | 467 MCKINLEY STREET | EXETER | PA | 18643 |
| JEA | 50065520 | 21 W CHURCH STREET | JACKSONVILLE | FL | 32202 |
| JEFFERSON COUNTY WATER AND SEW | 50020303 | PO BOX 2579 | WINTERSVILLE | OH | 43953 |
| JEFFERSON PARISH DEPT. OF WATE | 50001859 | 1221 ELMWOOD PARKBLVD | HARAHAN | LA | 70123 |
| JERSEY CENTRAL POWER AND LIGHT | 50008256 | 76 S MAIN ST | AKRON | OH | 44308 |
| JET SANITATION SERVICE CORP. | 50092541 | 228 BLYDENBURGH ROAD | ISLANDIA | NY | 11749 |
| JOHNSON CITY POWER BOARD | 50001958 | 2600 BOONES CREEK RD/ PO BOX 2058 | JOHNSON CITY | TN | 37605 |
| JOHNSON CITY UTILITY SYSTEM | 50023784 | PO BOX 2386 | JOHNSON CITY | TN | 37605 |
| JOMAR ENTERPRISES, LLC | 50156705 | 405 WHITETAIL RUN | DALTON | PA | 18414 |

7

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| KANSAS GAS SERVICE | 50025941 | PO BOX 3535 | TOPEKA | KS | 66601 |
| KENTUCKY UTILITIES | 50020522 | PO BOX 14242 | LEXINGTON | KY | 40512 |
| KEYSPAN ENERGY DELIVERY | 50044373 | 175 E OLD COUNTRY ROAD | HICKSVILLE | NY | 11801 |
| KEYSPAN ENERGY DELIVERY( MASS) | 50024659 | 52 SECOND AVE | WALTHAM | MA | 02451 |
| KEYSTONE COMMUNICATIONS | 50008698 | 463 DUKE STREET | NORTHUMBERLAND | PA | 17857 |
| KLEEN SWEEP CONTAINER SERVICE INC. | 50092545 | PO BOX 158 | YONKERS | NY | 10703-0158 |
| KNOXVILLE UTILITY BOARD | 50002050 | PO BOX 59017 | KNOXVILLE | TN | 37950 |
| KRAFT REAL ESTATE FAMILY PARTNERSHIP LTD | 50099959 | SUITE 212 C/O VIVIAN M KRAFT | HOUSTON | TX | 77005-1343 |
| KRINER'S DISPOSAL SERVICE | 50093796 | 530 LINCOLN AVENUE | WILLIAMSPORT | PA | 17701 |
| LACLEDE GAS COMPANY | 50020575 | DRAWER 9 | ST LOUIS | MO | 63166 |
| LAFAYETTE CONSOLIDATED GOV. | 50002066 | PO BOX 4024 | LAFAYETTE | LA | 70502 |
| LAFAYETTE UTILITIES SYSTEM | 50002067 | 705 W UNIVERSITY AVE / PO BOX 4024 | LAFAYETTE | LA | 70502 |
| LAFORGE DISPOSAL SERVICE INC. | 50095913 | PO BOX 311 | WELLSVILLE | NY | 14895 |
| LEBANON FARMS DISPOSAL | 50008940 | P O BOX 380 | SCHAFFERSTOWN | PA | 17088 |
| LEFFLER ENERGY | 50102983 | P.O. BOX 302 | MOUNT JOY | PA | 17552 |
| LEO STERNLICHT | 50031355 | RIVERHEAD FORD LINCOLN MERCURY 1655 OLD COUNTRY ROAD | RIVERHEAD | NY | 11901 |
| LERCO FUEL CO. | 50008991 | 520 CHESTNUT AVE PO BOX 2085 | VINELAND | NJ | 08362-9956 |
| LEXCOM TELEPHONE | 50026062 | POST OFFICE BOX 1269 | LEXINGTON | NC | 27293-1269 |
| LIPA | 50015990 | PO BOX 888 | HICKSVILLE | NY | 11802 |
| LIT/HODGES INDUSTRIAL TRUST | 50093904 | PO BOX 931932 | ATLANTA | GA | 31193-1932 |
| LONG ISLAND WATER CORP. | 50024711 | PO BOX 371332 | PITTSBURGH | PA | 15250 |
| LOREN'S SANITATION SERVICE INC. | 50092720 | 1141 CHEMAWA ROAD N. | KEIZER | OR | 97303-6199 |
| LOUISVILLE GAS & ELECTRIC CO | 50020695 | PO BOX 35590 | LOUISVILLE | KY | 40232 |
| LUSK DISPOSAL SERVICE | 50035496 | P.O. BOX 300 | BLUEFIELD | WV | 24701 |
| M&T BANK | 50025156 | | | | |
| MACON WATER AUTHORITY | 50026905 | 790 SECOND ST/PO BOX 108 | MACON | GA | 31202 |
| MADISON GAS & ELECTRIC | 50020732 | PO BOX 1231 | MADISON | WI | 53701 |
| MADISON GAS & ELECTRIC | 50020732 | PO BOX 1231 | MADISON | WI | 53701 |
| MAINE ENERGY INC | 50037795 | 1625 HAMMOND STREET | BANGOR | ME | 4401 |
| MANCHESTER WATER WORKS | 50016093 | 281 LINCOLN ST | MANCHESTER | NH | 3103 |
| MAPLE LEAF EXPANSION, INC. | 50018827 | 3055 BELMONT AVENUE | YOUNGSTOWN | OH | 44505 |
| MARIETTA POWER | 50002232 | PO BOX 609 | MARIETTA | GA | 30061 |
| MARPAN SUPPLY CO INC | 50002246 | PO BOX 2068 | TALLAHASSEE | FL | 32316-2068 |
| MARTIN ENVIRONMENTAL SERVICES INC. | 50093335 | PO BOX 8623 | DOTHAN | AL | 36304-0623 |
| MASSACHUSETTS WASTE SYSTEMS INC. | 50092554 | 300 CENTRE STREET | HOLBROOK | MA | 2343 |
| MAYFIELD CARTING SERVICES INC | 50016185 | 131 PLAINFIELD AVE | BEDFORD HILLS | NY | 10507 |
| MAYOR & CITY COUNCIL OF CUMBER | 50009388 | 57 N LIBERTY ST/PO BOX 1702 | CUMBERLAND | MD | 21501 |
| MAYOR & CITY COUNCIL OF CUMBERLAND MD | 50009388 | PO BOX 1702 57 N LIBERTY STREET | CUMBERLAND | MD | 21501-1702 |
| MCI 856059 | 50020808 | 27732 NETWORK PLACE | CHICAGO | IL | 60673-1277 |
| MEBTEL COMMUNICATIONS | 50026061 | PO BOX 900002 | RALEIGH | NC | 27675-9000 |
| MEDORI ENTERPRISES II | 50030910 | 104 BENTLEY LANE | WILMINGTON | DE | 19807 |
| MEMPHIS LIGHT,GAS, & WATER | 50002297 | PO BOX 388 | MEMPHIS | TN | 38145 |

8

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| MET-ED | 50027490 | PO BOX 16001 | READING | PA | 19612 |
| MID AMERICAN ENERGY | 50020883 | PO BOX 8020 | DAVENPORT | IA | 52808 |
| MILLENNIUM DIGITAL MEDIA | 50132211 | PO BOX 64472 | BALTIMORE | MD | 21264-4472 |
| MILLIRONS WASTE MGT | 50101604 | 2384 ST. RT. 39 NW | MANSFIELD | OH | 44903 |
| MISHAWAKA UTILITIES | 50020949 | 126 N CHURCH ST/PO BOX 363 | MISHAWAKA | IN | 46546 |
| MISSION TRIAL WASTE SYSTEMS | 50093332 | 1060 RICHARD AVENUE | SANTA CLARA | CA | 95050 |
| MISSOURI GAS ENERGY | 50087265 | PO BOX 219255 | KANSAS CITY | MO | 64121 |
| MISSOURI GAS ENERGY | 50087265 | PO BOX 219255 | KANSAS CITY | MO | 64121 |
| MODERN DISPOSAL SERVICES | 50009710 | 4746 MODEL CITY RD PO BOX 209 | MODEL CITY | NY | 14107-0209 |
| MOHAWK VALLEY WATER AUTHORITY | 50018004 | PO BOX 98 | BUFFALO | NY | 14240 |
| MONTOUR OIL SERVICE CO | 50009782 | 112 BROAD ST PO BOX 128 | MONTOURSVILLE | PA | 17754-0128 |
| MOORE COAL CO., INC. | 50095884 | 129 NORTH FOURTH STREET | BESSEMER | AL | 35020 |
| MORGANTOWN UTILITY BOARD | 50016380 | 278 GREENBAG RD | MORGANTOWN | WV | 26507 |
| MOUNTAINEER GAS CO | 50086892 | PO BOX 362 | CHARLESTON | WV | 25322 |
| MR. TELEPHONE, INC. | 50155491 | 5 DUPONT AVE | S YARMOUTH | MA | 2664 |
| MUNICIPAL AUTHORITY- BORO OF L | 50009863 | 70 CHESTNUT ST/PO BOX 68 | LEWISTOWN | PA | 17044 |
| MUNICIPAL AUTHORITY CITY OF SU | 50009868 | 462 SOUTH 4TH STREET | SUNBURY | PA | 17801 |
| MUNICIPAL SEWER SERVICE BILL | 50058471 | PO BOX 610 | JOHNSTOWN | PA | 15907 |
| MX ENERGY | 50110712 | PO BOX 4911 | HOUSTON | TX | 77210 |
| NASHVILLE ELECTRIC SERVICE | 50002455 | 1214 CHURCH ST | NASHVILLE | TN | 37246 |
| NATIONAL FUEL | 50009950 | 2875 UNION RD/SUITE 44 | CHEEKTOWAGA | NY | 14227 |
| NATIONAL GRID | 50071110 | 300 ERIE BLVD WEST | SYRACUSE | NY | 13202 |
| NATIONAL GRID | 50114551 | PO BOX 1048 | WOBURN | MA | 01807 |
| NATIONAL GRID | 50160350 | PO BOX 1005 | WOBURN | MA | 01807-1005 |
| NATIONAL GRID | 50164411 | PO BOX 1041 | WOBURN | MA | 01807-1041 |
| NATIONAL SERV-ALL INC. | 50102497 | PO BOX 9001802 | LOUISVILLE | KY | 40290-1802 |
| NATIONALGRID | 50075745 | 300 ERIE BLVD WEST | SYRACUSE | NY | 13202 |
| NC SANITATION | 50021020 | PO BOX 501 | NEW MANCHESTER | WV | 26056 |
| NEVADA POWER COMPANY | 50022508 | PO BOX 30086 | RENO | NV | 89520 |
| NEW HAMPSHIRE ELECTRIC CO-OP | 50069097 | 579 TENNEY MOUNTAIN HWY | PLYMOUTH | NH | 03264 |
| NEW JERSEY AMERICAN WATER | 50133985 | PO BOX 578 | ALTON | IL | 62002 |
| NEW JERSEY NATURAL GAS CO | 50010035 | 1415 WYCKOFF RD/PO BOX 1378 | WALL | NJ | 07715 |
| NEXTEL COMMUNICATIONS | 50021039 | PO BOX 4181 | CAROL STREAM | IL | 60197-4181 |
| NICOR GAS | 50021053 | PO BOX 2020 | AURORA | IL | 60507 |
| NIPSCO | 50021056 | PO BOX 13007 | MERRILLVILLE | IN | 46411 |
| NORTH LITTLE ROCK ELECTRIC | 50002514 | 120 MAIN STREET | LITTLE ROCK | AR | 72115 |
| NORTH PITTSBURGH TELEPHONE COMPANY | 50026444 | PO BOX 747057 | PITTSBURGH | PA | 15274-7057 |
| NORTH SHORE GAS | 50027028 | PO BOX A3991 | CHICAGO | IL | 60690 |
| NORTH STATE  612 | 50002510 | PO BOX 612 111 N. MAIN STREET | HIGH POINT | NC | 27261 |
| NORTHERN TIER SOLID WASTE AUTHORITY | 50010139 | PO BOX 10 | BURLINGTON | PA | 18814 |
| NORTHERN UTILITIES # 051262006 | 50016602 | PO BOX 9001848 | LOUISVILLE | KY | 40290 |
| NSTAR ELECTRIC & GAS | 50016627 | ONE NSTAR WAY / SW200 | WESTWOOD | MA | 2090 |
| NW NATURAL | 50024277 | PO BOX 6017 | PORTLAND | OR | 97228 |

9

066831.1001

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| NYSEG | 50016647 | PO BOX 5600 | ITHACA | NY | 14852 |
| OAK GROVE DISPOSAL CO., INC. | 50094568 | PO BOX 22214 | MILWAUKIE | OR | 97269-2214 |
| OATS PROPERTIES, INC. | 50139806 | 6380 HARRIS WILSON ROAD | WENDELL | NC | 27591 |
| OCS | 50092561 | PO BOX 9 | DEEP RUN | NC | 28525 |
| OGE | 50160557 | PO BOX 24990 | OKLAHOMA CITY | OK | 73124-0990 |
| OHIO AMERICAN WATER CO | 50021087 | PO BOX 578 | ALTON | IL | 62002 |
| OHIO EDISON | 50021107 | PO BOX 3637 | AKRON | OH | 44309 |
| OKLAHOMA NATURAL GAS | 50002546 | PO BOX 268826 | OKLAHOMA CITY | OK | 73126-8826 |
| ONE COMMUNICATIONS | 50122320 | PO BOX 1927 | ALBANY | NY | 12201-1927 |
| ONTARIO TELEPHONE | 50010249 | 75 MAIN STREET | PHELPS | NY | 14532 |
| OPPD | 50016679 | PO BOX 3995 | OMAHA | NE | 68103 |
| ORANGE & ROCKLAND | 50016685 | 390 WEST RT 59 | SPRING VALLEY | NY | 10977 |
| Orlando Utilities Commission | 50130013 | PO BOX 4901 | ORLANDO | FL | 32802 |
| PACIFIC GAS AND ELECTRIC COMPA | 50023147 | PO BOX 997300 | SACRAMENTO | CA | 95899 |
| PACIFIC POWER | 50067792 | 1033 NE 6TH AVE | PORTLAND | OR | 97256 |
| PALMER GAS CO., INC. | 50075881 | ERMER OIL CO. 13 HALL FARM ROAD | ATKINSON | NH | 3811 |
| PALMERTON TELEPHONE | 50010351 | PO BOX 215 | PALMERTON | PA | 18071-0215 |
| PAPILLION SANITATION | 50093790 | DISTRICT 3050 DEPT 1433 | LOS ANGELES | CA | 90084-1433 |
| PARKERSBURG UTILITY BOARD | 50024235 | PO BOX 1629 | PARKERSBURG | WV | 26102 |
| PASSARIELLO SANITATION SERVICES | 50033237 | 1304 ACADEMY STREET | SCRANTON | PA | 18504 |
| PATRIOT MEDIA | 50126652 | PO BOX 940 | NEWARK | NJ | 07101-0940 |
| PATSY GIACOMO | 50117170 | 93 MADISON AVE. | LARCHMONT | NY | 10538 |
| PATTERSON OIL CO. | 50016764 | PO BOX 898 100 LINCOLN AVE | TORRINGTON | CT | 06790-0898 |
| PAUL G. HAGERTY | 50149188 | P.O. BOX 332 | LINE LEXINGTON | PA | 18932 |
| PDC SERVICES INC. | 50093017 | PO BOX 9071 | PEORIA | IL | 61612-9071 |
| PECO ENERGY | 50010479 | 600 ANTON BLVD | COSTA MESA | CA | 92626 |
| PELHAM WATER WORKS | 50046606 | 3111 CUMMINS ST | PELHAM | AL | 35124 |
| PELLITTERI WASTE SYSTEMS | 50092596 | PO BOX 259426 7035 RAYWOOD ROAD | MADISON | WI | 53725-9426 |
| PENELEC | 50010494 | 76 S MAIN ST / A-RPC | AKRON | OH | 44308 |
| PENETELE DATA | 50010524 | PO BOX 401 | PALMERTON | PA | 18701 |
| PENNSYLVANIA AMERICAN WATER CO | 50024226 | PO BOX 371412 | PITTSBURGH | PA | 15250 |
| PEPCO | 50010690 | PO BOX 17143 | BALTIMORE | MD | 21297 |
| PGE | 50089674 | PO BOX 4438 | PORTLAND | OR | 97208 |
| PIEDMONT NATURAL GAS | 50142173 | PO BOX 533500 | ATLANTA | GA | 30353 |
| PIEDMONT NATURAL GAS COMPANY | 50002659 | PO BOX 70904 | CHARLOTTE | NC | 28272 |
| PINEVILLE TELEPHONE COMPANY (PTC) | 50002667 | PO BOX 249 | PINEVILLE | NC | 28134 |
| PLUMBER 1400 | 50036469 | PO BOX 1200 | ROCKLIN | CA | 95677 |
| PNM ELECTRIC & GAS SERVICES | 50027649 | 414 SILVER SW | ALBUQUERQUE | NM | 87102 |
| POWER NET GLOBAL | 50163438 | PO BOX 740146 | CINCINNATI | OH | 45274-0146 |
| PP&L | 50010704 | 827 HAUSMAN RD | ALLENTOWN | PA | 18104 |
| PPL UTILITIES (BOX 25247) | 50010705 | PO BOX 508 | LOCK HAVEN | PA | 17745 |
| PRO WASTE SERVICES INC. | 50092597 | 813 EAST 18TH STREET | ERIE | PA | 16503-2147 |
| PROGRESS ENERGY CAROLINAS | 50159706 | ATTN: CENTRAL REMITTANCE 410 S | RALEIGH | NC | 27601 |

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| | | WILMINGTON ST | | | |
| PROGRESS ENERGY CAROLINAS, INC | 50033396 | PO BOX 2041 | RALEIGH | NC | 27602 |
| PROPANE PLUS | 50061126 | PO BOX 38 | REHOBOTH | MA | 2769 |
| PROVIDENCE WATER | 50016972 | PO BOX 1456 | PROVIDENCE | RI | 2901 |
| PSE&G | 50003678 | PO BOX 14444 | NEW BRUNSWICK | NJ | 08906 |
| PSNC ENERGY(R) | 50089947 | PO BOX 11849 | COLUMBIA | NC | 29211 |
| PUBLIC SERVICE OF NEW HAMPSHIR | 50024660 | PO BOX 360 | MANCHESTER | NH | 03105 |
| PUBLIC WORKS COMMISSION | 50002736 | 201 HAY STREET/PO BOX 7000 | FAYETTEVILLE | NC | 28302 |
| PUGET SOUND ENERGY, INC. | 50023163 | BOT-01H, PO BOX 91269 | BELLEVUE | WA | 98009 |
| QUESTAR GAS | 50016990 | PO BOX 45360 | SALT LAKE CITY | UT | 84145 |
| QWEST | 50021327 | PO BOX 856169 BUSINESS SERVICES | LOUISVILLE | KY | 40285-6169 |
| QWEST | 50036423 | PO BOX 17J | DENVER | CO | 80217-3784 |
| QWEST | 50039015 | PO BOX 91155 | SEATTLE | WA | 98111-9255 |
| QWEST | 50113765 | PO BOX 173638 | DENVER | CO | 80217-3638 |
| QWEST | 50114738 | P.O. BOX 29039 | PHOENIX | AZ | 85038-9039 |
| QWEST | 50117249 | P.O. BOX 91154 | SEATTLE | WA | 98111-9254 |
| QWEST | 50118238 | P.O. BOX 17360 | DENVER | CO | 80217-0360 |
| R J ENERGY | 50017145 | 2184 NORTH BELFAST AVENUE | AUGUSTA | ME | 4330 |
| R.G.W. ASSOCCIATES, LLC | 50094642 | 135 SOUTH ROBINSON AVENUE | NEWBURG | NY | 12550 |
| RANDOLPH TELEPHONE COMPANY | 50002772 | 211 W SWANNANOA AVE PO BOX 609 | LIBERTY | NC | 27298-0609 |
| RARITAN VALLEY DISPOSAL | 50092567 | PO BOX 9001787 | LOUISVILLE | KY | 40290-1787 |
| REAL C COUPAL AND THELMA B COU | 50010957 | C/O FRENCHIE CHEVROLET 13 WELLINGTON DRIVE | MASSENA | NY | 13662 |
| RELIABLE DISPOSAL INC. | 50093025 | PO BOX 9001809 | LOUISVILLE | KY | 40290-1809 |
| RELIANT ENERGY | 50031548 | PO BOX 650475 | DALLAS | TX | 75265 |
| REPUBLIC SERVICES | 50109781 | PO BOX 78040 | PHOENIX | AZ | 85062-8040 |
| REPUBLIC SERVICES OF WINSTON-SALEM | 50092564 | PO BOX 9001839 | LOUISVILLE | KY | 40290-1839 |
| REPUBLIC WASTE SERVICES | 50092608 | PO BOX 9001826 | LOUISVILLE | KY | 40290-1826 |
| REPUBLIC WASTE SERVICES - GREENSBORO | 50092565 | PO BOX 9001839 | LOUISVILLE | KY | 40290-1839 |
| RICHLAND COUNTY SEWERS | 50021456 | 1740 FLEMING FALLS RD | MANSFIELD | OH | 44903 |
| RIVERHEAD FORD LINCOLN-MERCURY | 50164361 | 1419 OLD COUNTRY RD | RIVERHEAD | NY | 11901 |
| RIVERSIDE DISPOSAL | 50093788 | PO BOX 2335 | AUGUSTA | ME | 04338-2335 |
| RJV CORPORATION | 50002865 | 1720 OLDSPRINGHOUSE LANE SUITE 314 | ATLANTA | GA | 30338 |
| RMB CONSULTANT | 50135706 | ROXY BENOIT 395 S. HIGHWAY 65, SUITE A-221 | LINCOLN | CA | 95648 |
| ROAD RUNNER LLC | 50125116 | DIVISION OF TIME WARNER BOX 223085 | PITTSBURGH | PA | 15251-2085 |
| ROANOKE GAS | 50011198 | 519 KIMBALL AVE/PO BOX 13007 | ROANOKE | VA | 24030 |
| ROCHESTER GAS AND ELECTRIC | 50011261 | PO BOX 5300 | ITHACA | NY | 14852 |
| ROCKY MOUNTAIN POWER | 50018023 | 1033 NE 6TH AVE | PORTLAND | OR | 97256 |
| ROCKY MOUNTAIN SANITATION | 50017205 | PO BOX 4349 | GRAND JUNCTION | CO | 81502 |
| ROGUE DISPOSAL & RECYCLING INC. | 50092962 | PO BOX 3187 | CENTRAL POINT | OR | 97502-0007 |

11

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| ROYAL CARTING CO. | 50017248 | PO BOX 1209 | HOPEWELL JUNCTION | NY | 12533 |
| ROYAL CARTING SERVICE CO. | 50011384 | P.O. BOX 1209 | HOPEWELL JUNCTION | NY | 12533-1209 |
| RUMPKE | 50021541 | PO BOX 538708 | CINCINNATI | OH | 45253 |
| RYMES PROPANE & OILS INC. | 50089938 | PO BOX 2948 | CONCORD | NH | 3302 |
| S TINNERELLO & SON | 50092726 | PO BOX 22 | NEW LONDON | CT | 6320 |
| SAINT PAUL REGIONAL WATER | 50121734 | 1900 RICE ST 633 SEVENTH ST NW/PO BOX 5588 | SAINT PAUL | MN | 55113 |
| SALEM ELECTRIC | 50025123 | | SALEM | OR | 97304 |
| SAN DIEGO GAS & ELECTRIC | 50028928 | PO BOX 25111 | SANTA ANA | CA | 92799 |
| SANDMAN, INC | 50002943 | 4900 WARM SPRINGS ROAD | COLUMBUS | GA | 31909-4094 |
| SCE&G | 50002974 | NO STREET ADDRESS | COLUMBIA | SC | 29218 |
| SCHWANGER BROS. & CO. | 50011584 | PO BOX 4186 | LANCASTER | PA | 17604-4186 |
| SCOTT TOWNSHIP AUTHORITY | 50011602 | 350 TENNY ST | BLOOMSBURG | PA | 17815 |
| SCRANTON SEWER AUTHORITY | 50011611 | PO BOX 1068 | SCRANTON | PA | 18501 |
| SCUFFY CARTING LLC | 50155782 | 80 LIBERTY ST | PASSAIC | NJ | 7055 |
| SERRAES FAMILY PARTNERSHIP | 50002996 | EUGENE A SERRAES UNIT #3 | MANGONIA PARK | FL | 33407 |
| SERVICE ELECTRIC CABLE TV INC. | 50117351 | PO BOX 25025 | LEHIGH VALLEY | PA | 18002-5025 |
| SHENTEL | 50065548 | PO BOX 488 | EDINBURG | VA | 22824 |
| SIERRA PACIFIC POWER COMPANY | 50025390 | PO BOX 10100/6100 NEIL RD | RENO | NV | 89520 |
| SOLARUS | 50024343 | PO BO 8045 | WISCONSIN RAPIDS | WI | 54495-8045 |
| SOLOMON CONTAINER SERVICE | 50139373 | 495 STANTON STREET | WILKES BARRE | PA | 18702 |
| SOUTH JERSEY GAS CO. | 50011853 | PO BOX 3121 | SOUTHEASTERN | PA | 19398 |
| SOUTHERN CALIFORNIA EDISON | 50032711 | PO BOX 600 | ROSEMEAD | CA | 91771 |
| SOUTHERN PINE ELECTRIC | 50034563 | PO BOX 60 | TAYLORSVILLE | MS | 39168 |
| SOUTHERN WASTE SYSTEMS | 50109722 | 790 HILLBRATH DRIVE | LANTANA | FL | 33462 |
| SOUTHLAND SANITATION | 50093789 | PO BOX 9647 | COLUMBIA | SC | 29290 |
| SOUTHLAND WASTE SYSTEMS-MACON | 50115559 | PO BOX 9001793 | LOUISVILLE | KY | 40290-1793 |
| SOUTHSHORE DISPOSAL INC. | 50092592 | PO BOX 214 | PLYMOUTH | MA | 2367 |
| SOUTHWESTERN ELECTRIC POWER | 50139919 | PO BOX 24401 | CANTON | OH | 44701 |
| SPEAKEASY | 50147761 | PO BOX 34654 | SEATTLE | WA | 98124-1654 |
| SPICER GAS CO. INC. | 50017473 | PO BOX 903 36 THAMES STREET | GROTON | CT | 6340 |
| SPRINGFIELD WATER & SEWER COMM | 50032559 | PO BOX 3688 | SPRINGFIELD | MA | 1101 |
| SPRINT | 50148394 | PO BOX 660092 | DALLAS | TX | 75266-0092 |
| SPRINT | 50011930 | PO BOX 88026 | CHICAGO | IL | 60680-1206 |
| SRP | 50039987 | PO BOX 2950 | PHOENIX | AZ | 85062 |
| STIFF OIL CO | 50012130 | 161 N SECOND STREET PO BOX 427 | STROUDSBURG | PA | 18360 |
| STRATEGIC PRODUCTS AND SERVICE | 50025271 | 3 WING DRIVE, SUITE 100 | CEDAR KNOLLS | NJ | 7927 |
| SUBURBAN PROPANE | 50121741 | PO BOX 299 | WALTON | NY | A7 |
| SUBURBAN PROPANE | 50126231 | PO BOX 6239 | BANGOR | ME | 4402 |
| SUBURBAN SANITATION CO | 50017600 | PO BOX 70 | DELLSLOW | WV | 26531 |
| SUDDENLINK COMMUNICATIONS | 50125107 | P.O. BOX 742507 | CINCINNATI | OH | 45274-2507 |
| SUNBELT ENVIRONMENTAL INC. | 50092576 | PO BOX 856 | GULF SHORES | AL | 36547-0856 |
| SUREWEST | 50023188 | PO BOX 1110 | ROSEVILLE | CA | 95678-8110 |

12

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| T & K REALTY, LLC | 50012475 | C/O BIRNIE TRANSP. SERVICES INC. PO BOX 119 | MANLIUS | NY | 13104-0119 |
| TAYLOR GARBAGE SERVICE | 50012324 | PO BOX 362 | VESTAL | NY | 13851 |
| TDS TELECOM | 50124142 | P.O. BOX 94510 | PALATINE | IL | 60094-4510 |
| TECO | 50003239 | PO BOX 111 | TAMPA | FL | 33601 |
| TELE-INTERPRETERS****** | 50028393 | 500 N. BRAND BLVD. SUITE 1700 | GLENDALE | CA | 91203 |
| TELEPACIFIC COMMUNICATIONS | 50145271 | PO BOX 526015 | SACRAMENTO | CA | 95852-6015 |
| TERMINAL COLLISION | 50012356 | 881 FOOTE AVE EXT. | JAMESTOWN | NY | 14701 |
| TFC RECYCLING | 50093015 | 1958 DIAMOND HILL ROAD | CHESAPEAKE | VA | 23324 |
| THE ILLUMINATING COMPANY | 50020170 | PO BOX 3638 | AKRON | OH | 44309 |
| THE TORRINGTON WATER COMPANY | 50017726 | 277 NORFOLK RD | TORRINGTON | CT | 6790 |
| THOMPSON SANITATION CORPORATION | 50033107 | PO BOX 494 | ROCK HILL | NY | 12775-0494 |
| TIDEWATER TELECOM, INC. | 50017786 | 133 BACKMEADOW ROAD | NOBLEBORO | ME | 04555-9202 |
| TIME WARNER CABLE | 50147760 | PO BOX 60074 | CITY OF INDUSTRY | CA | 91716-0074 |
| TMLP | 50057340 | 1314 SOMERSET AVE/PO BOX 870 | TAUNTON | MA | 02780 |
| TNCI | 50045890 | P.O. BOX 981038 | BOSTON | MA | 02298-1038 |
| TNT SERVICE CENTER INC. | 50001758 | 10035 MEMORIAL PARKWAY | HUNTSVILLE | AL | 35803 |
| TOLEDO EDISON | 50021986 | 76 S MAIN ST - A-RPC / PO BOX 3638 | AKRON | OH | 44309 |
| TORNETTA REALTY CORP. | 50012551 | 910 GERMANTOWN PIKE | PLYMOUTH MEETING | PA | 19462 |
| TORRESDALE FUEL CO., INC. | 50158409 | PO  BOX 449 | BENSALEM | PA | 19020 |
| TOTAL DISPOSAL INC. | 50102921 | 100 BLAINE STREET | GARY | IN | 46406 |
| TOWANDA WATER & SEWER | 50012558 | 724 MAIN ST | TOWAQNDA | PA | 18848 |
| TOWN OF NORWOOD | 50126284 | 206 CENTRAL ST | NORWOOD | MA | 2062 |
| TOWN OF RIVERHEAD | 50017884 | 200 HOWELL AVE | RIVERHEAD | NY | 11901 |
| TOWN OF WATERTOWN | 50065522 | 22867 COUNTY RTE 67 | WATERTOWN | NY | 13601 |
| TREFES & TREFES | 50017931 | C/O TREFES & TREFES REALTY 321 ATLANTIC AVENUE | WESTERLY | RI | 2891 |
| TURICK'S INC. | 50092727 | 23 WAVERLY AVENUE | MONTICELLO | NY | 12701 |
| TXU ELECTRIC | 50003425 | PO BOX 100001 | DALLAS | TX | 75310 |
| UGI | 50151318 | PO BOX 71203 | PHILADELPHIA | PA | 19176 |
| UGI PNG | 50010573 | PO BOX 747008 | PITTSBURGH | PA | 15274 |
| UGI UTILITIES | 50012720 | PO BOX 13009 | READING | PA | 19612 |
| UGI UTILITIES, INC | 50145629 | PO BOX 13009 | READING | PA | 19612 |
| ULTRAMAR | 50046717 | 366 EAST MONTPELIER ROAD | MONTPELIER | VT | 5602 |
| UNITED PARCEL SERVICE (PHILLY) | 50012753 | PO BOX 7247-0244 | PHILADELPHIA | PA | 19170-0001 |
| UNITED WASTE SERVICES | 50092552 | PO BOX 9001810 | LOUISVILLE | KY | 40290-1810 |
| UNITED WATER NEW ROCHELLE | 50017993 | 360 WEST NYACK RD | WESY NYACK | NY | 10994 |
| US CELLULAR 371345 | 50018013 | PO BOX 371345 | PITTSBURG | PA | 15250-7345 |
| US WASTE INDUSTRIES | 50092574 | 7770 PALMER PARK BLVD. | COLORADO SPRINGS | CO | 80915 |
| USA HAULING & RECYCLING | 50092546 | PO BOX 808 | EAST WINDSOR | CT | 6088 |
| VALLEY SANITATION | 50092957 | PO BOX 946 | PERU | NY | 12972 |
| VARNER BROS., INC. | 50161763 | 1808 ROBERTS LANE | BAKERSFIELD | CA | 93308 |
| VECTREN # 6250 | 50025019 | PO BOX 6250 | INDIANAPOLIS | IN | 46206 |

13

066831.1001

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| VECTREN ENERGY DELIVERY # 6262 | 50023734 | PO BOX 6262 | INDIANAPOLIS | IN | 46206 |
| VECTREN ENERGY DELIVERY #6248 | 50024132 | PO BOX 6248 | INDIANAPOLIS | IN | 46206 |
| VEOLIA ENVIRONMENTIAL SERVICE | 50146420 | PO BOX 9001099 | LOUISVILLE | KY | A |
| VEOLIA ES SOLID WASTE MIDWEST INC. B8 | 50099252 | 8275 INNOVATION WAY | CHICAGO | IL | 60682-0082 |
| VEOLIA ES SOLID WASTE MIDWEST INC. C1 | 50099255 | 8121 INNOVATION WAY | CHICAGO | IL | 60682-0081 |
| VEOLIA ES SOLID WASTE MIDWEST INC. D2 | 50099254 | 8237 INNOVATION WAY | CHICAGO | IL | 60682-0082 |
| VEOLIA ES SOLID WASTE MIDWEST INC. M4 | 50102402 | 8041 INNOVATION WAY | CHICAGO | IL | 60682-0080 |
| VEOLIA ES SOLID WASTE MIDWEST INC. V3 | 50099253 | 8198 INNOVATION WAY | CHICAGO | IL | 60682-0081 |
| VEOLIA ES SOLID WASTE MIDWEST LLC C1 | 50128791 | PO BOX 6484 | CAROL STREAM | IL | 60197-6484 |
| VEOLIA ES SOLID WASTE OF PA INC. | 50099251 | 8114 INNOVATION WAY | CHICAGO | IL | 60682-0081 |
| VERA WATER&POWER | 50112420 | 601 N EVERGREEN RD/PO BOX 630 | SPOKANE VALLEY | WA | 99037 |
| VERIZON | 50160433 | PO BOX 9622 | MISSION HILLS | CA | 91346-9622 |
| VERIZON | 50038572 | PO BOX 1 | WORCESTER | MA | 01654-0001 |
| VERIZON | 50067774 | PO BOX 28003 | LEHIGH VALLEY | PA | 18002-8003 |
| VERIZON | 50141294 | PO BOX 660720 | DALLAS | TX | 75266-0720 |
| VERIZON | 50142607 | PO BOX 660748 | DALLAS | TX | 75266-0748 |
| VERIZON (BOX 15124- ALBANY) | 50012870 | PO BOX 15124 | ALBANY | NY | 12212-5124 |
| VERIZON (BOX 28000- LEHIGH VALLEY) | 50012871 | PO BOX 28000 | LEHIGH VALLEY | PA | 18002-8000 |
| VERIZON 4830 | 50018055 | PO BOX 4830 | TRENTON | NJ | 08650-4830 |
| VERIZON 4833 | 50003694 | PO BOX 4833 | TRENTON | NJ | 08650-4833 |
| VERIZON 646 | 50018723 | PO BOX 646 | BALTIMORE | MD | 21265-0646 |
| VERIZON MIDWEST 920041 | 50018057 | PO BOX 920041 | DALLAS | TX | 75392-0041 |
| VERIZON NORTHWEST | 50054755 | PO BOX 9688 | MISSION HILLS | CA | 91346-9688 |
| VERIZON ONLINE | 50069108 | PO BOX 12045 | TRENTON | NJ | 08650-2045 |
| VERIZON WIRELESS | 50064159 | PO BOX 25505 | LEHIGH VALLEY | PA | 18002-5506 |
| VERIZON WIRELESS | 50097595 | P.O. BOX 15062 | ALBANY | NY | 12212-5062 |
| VERMONT GAS SYSTEMS,INC. | 50018065 | 85 SWIFT ST | SOUTH BURLINGTON | VT | 5403 |
| VILLAGE OF MONTICELLO | 50025643 | 2 PLEASANT ST | MONTICELLO | NY | 12701 |
| VINELAND MUNICIPAL ELECTRIC UT | 50012913 | 640 E WOOD ST | VINELAND | NJ | 8362 |
| VIRGINIA NATURAL GAS | 50012927 | PO BOX 70991 | CHARLOTTE | NC | 28272 |
| WARREN WHITMAN & SONS INC | 50013004 | 2325 S LINCOLN AVE | LEBANON | PA | 17042 |
| WASHINGTON GAS | 50135112 | PO BOX 9001036 | LOUISVILLE | KY | 40290 |
| WASHINGTON GAS SHENANDOAH DIVI | 50111546 | PO BOX 2400 | WINCHESTER | VA | 22604 |
| WASTE CONNECTIONS OF COLORADO INC | 50149453 | 7770 PALMER PARK BLVD | COLORADO SPRINGS | CO | 80951 |
| WASTE INDUSTRIES | 50003505 | PO BOX 580495 | CHARLOTTE | NC | 28258-0322 |
| WASTE MANAGEMENT | 50062672 | PO BOX 9001054 | LOUISVILLE | KY | 40290-1054 |
| WASTE MANAGEMENT | 50092974 | PO BOX 13648 | PHILADELPHIA | PA | 19101-3648 |
| WASTE MANAGEMENT | 50092975 | PO BOX 78251 | PHOENIX | AZ | 85062-8251 |

14

| Vendor Name | Vendor Number | Address | City | State | Zip |
|---|---|---|---|---|---|
| WASTE MANAGEMENT | 50139995 | PO BOX 4648 | CAROL STREAM | IL | 60197-4648 |
| WASTE MANAGEMENT OF ATLANTA HAULING | 50115560 | PO BOX 105453 | ATLANTA | GA | 30348-5453 |
| WASTE MANAGEMENT OF NEW JERSEY INC. | 50108336 | PO BOX 13648 | PHILADELPHIA | PA | 19101-3648 |
| WASTE MANAGMENT CONROE | 50131637 | PO BOX 660345 | DALLAS | TX | 75266-0345 |
| WASTE PRO OF FLORIDA INC. (FTM) | 50096258 | PO BOX 60717 | FT MYERS | FL | 33906 |
| WASTE SERVICES OF FLORIDA INC. | 50093040 | PO BOX 5278 | CAROL STREAM | IL | 60197-5278 |
| WASTECO,INC. | 50003512 | POBOX 8028 | GREENVILLE | SC | 29604-8028 |
| WATER GAS LIGHT COMMISSION | 50003528 | 207 PINE AVE | ALBANY | GA | 31702 |
| WATER GAS LIGHT COMMISSION | 50003528 | 207 PINE AVE | ALBANY | GA | 31702 |
| WAUSAU WATERWORKS | 50076067 | 407 GRANT ST | WAUSAU | WI | 54403 |
| WCA WASTE SYSTEMS INC. | 50092606 | PO BOX 553166 | DETROIT | MI | 48255 |
| WCI OF TN. KNOXVILLE | 50093014 | A WASTE CONNECTIONS COMPANY 2400 CHIPMAN STREET | KNOXVILLE | TN | 37917 |
| WEST VIRGINIA AMERICAN WATER C | 50018305 | PO BOX 70824 | CHARLOTTE | NC | 28272 |
| WESTAR ENERGY | 50045397 | PO BOX 208 | WICHITA | KS | 67201 |
| WESTERN MASS ELECTRIC | 50018207 | PO BOX 2962 | HARTFORD | CT | 06104 |
| WESTERN VIRGINIA WATER AUTHORI | 50047068 | 601 S JEFFERSON ST /PO BOX 1140 | ROANOKE | VA | 24006 |
| WESTMORE FUEL CO., INC. | 50157653 | PO BOX 1350 | PORT CHESTER | NY | 10573 |
| WHITEHALL BORO SEWER | 50038817 | C/O BOS DEPT. U P.O. BOX 910 | BANGOR | PA | 18013-0910 |
| WILLIAMSPORT MUNICIPAL WATER | 50013201 | 253 WEST FOURTH ST | WILLIAMSPORT | PA | 17701 |
| WINDSTREAM | 50000134 | PO BOX 9001908 | LOUISVILLE | KY | 40290-1908 |
| WINDSTREAM | 50001015 | PO BOX 70526 | CHARLOTTE | NC | 28272-0526 |
| WINDSTREAM | 50101464 | PO BOX 105521 | ATLANTA | GA | 30348-5521 |
| WINDSTREAM | 50101464 | PO BOX 105521 | ATLANTA | GA | 30348-5521 |
| WISCONSIN ELECTRIC | 50022311 | PO BOX 2089 | MILWAUKEE | WI | 53201 |
| WISCONSIN PUBLIC SERVICE | 50022317 | PO BOX 19003 | GREEN BAY | WI | 54307 |
| WISCONSIN PUBLIC SERVICE | 50112816 | PO BOX 8 | EAU CLAIRE | WI | 54702 |
| WVSA | 50013276 | 1000 WILKES BARRE ST | WILKES BARRE | PA | 18703 |
| WVT COMMUNICATIONS | 50107027 | P.O. BOX 2101 | MECHANICSBURG | PA | 17055 |
| XCEL ENERGY | 50112816 | PO BOX 8 | EAU CLAIRE | WI | 54702 |
| YANKEE GAS SERVICES | 50018316 | PO BOX 150410 | HARTFORD | CT | 06115 |
| YORK WASTE DISPOSAL INC. | 50092976 | PO BOX 9001837 | LOUISVILLE | KY | 40290-1837 |