# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DIAMOND GLASS, INC., *et al.*, | ) | Case No.: 08-10601 (CSS) |
|  | ) |  |
| Debtors. | ) |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK : 
                             ss:
COUNTY OF SUFFOLK :

    Barbara Kelley Keane, being duly sworn, deposes and states:

    1. I am a Senior Project Manager employed by The Garden City Group, Inc., the Claims, Notice and Balloting Agent for the Debtors in the above-captioned case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2. On June 23, 2008, at the direction of Young Conaway Stargatt & Taylor, LLP, counsel for the Debtors in the above-captioned case, I caused to be served true and correct copies of the **Order Pursuant to 11 U.S.C. §§ 105(A), 363 and 365 and Federal Bankruptcy Rules 2002, 6004, 6006 and 9014, (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtors Outside the Ordinary Course of Business (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; (C) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Procedures for the Assumption and Assignment of Unexpired Leases; and (D) Granting Related Relief** [Docket No. 345] upon each of the parties in the service list annexed hereto by depositing same in sealed, postage paid envelopes at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                                    /s/ Barbara Kelley Keane
                                                                      Barbara Kelley Keane

Sworn to before me this
25th day of June 2008

/s/ Karen E. Petriano
Notary Public
No 01 RE4853193
Commission Expires March 2, 2010

FOLEY & LARDNER
ATTN: KEITH C OWENS, ESQ.
COUNSEL FOR DIAMOND GLASS INC.
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 80071

FOLEY & LARDNER
ATTN: MICHAEL P RICHMAN, ESQ.
COUNSEL FOR DIAMOND GLASS INC.
90 PARK AVENUE, 37TH FLOOR
NEW YORK, NY 10016

FOLEY & LARDNER
MARK SALZBERG, ESQ.
ERIKA L MORABITO, ESQ.
3000 K STREET N.W., SUITE 500
WASHINGTON, DC 20007

GETZLER HENRICH & ASSOCIATES, LLC
ATTN: WILLIAM HENRICH
MARK D PODGAINY
295 MADISON AVENUE
NEW YORK, NY 10017

NATIONAL CITY INVESTMENT BANKING
ATTN: J. SCOTT VICTOR
SENIOR MANAGING DIRECTOR
300 BARR HARBOR DRIVE
WEST CONSHOHOCKEN, PA 19428

MORRIS NICHOLS ARSHT & TUNNEL LLP
COUNSEL FOR CERTAIN NOTEHOLDERS
ATTN: ROBERT J DEHNEY, ESQ.
1201 N MARKET ST, 18TH FLOOR
WILMINGTON, DE 19899

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
ATTN: ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

AGC AUTOMOTIVE AMERICAS
IAN FELLOWS
88740 EXPEDITE WAY
CHICAGO, IL 60695

AMERICAN EXPRESS
THERESA BAUGH
6739 W. CRABAPPLE DRIVE
PEORIA, AZ 85383

AUTO TEMP INC.
ATTN: CHRISTY
950 KENT ROAD
BATAVIA, OH 45103

AUTOMOTIVE COMPONENTS HOLDINGS
JENNIFER DASHIEL
39200 SIX MILE ROAD
LIVONIA, MI 48152

BARTELSTONE
MELINDA PERHACS
PO BOX 52412
NEWARK, NJ 07101

CREDIT SUISSE
JIM POTESKY
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CRINAMEX
ATTN: OFFICER, MANAGING OR GENERAL AGENT
ATTN: LUIS
DEPARTMENT #108601/PO BOX 67000
DETROIT, MI 48267

GE CAPITAL FLEET SERVICES
MIKE OSDOBA
6000 SELDWOOD ROAD
COLLEGE PARK, GA 30349

GOLD GLASS GROUP CORP.
LILY MONRUFAR
3508 VETERANS MEMORIAL HWY
BOHEMIA, NY 11716

GREENVILLE GLASS INDUSTRIES
ATTN: OFFICER, MANAGING OR GENERAL AGENT
ATTN: SARAH
301-E HALTON ROAD
GREENVILLE, SC 29607

GUARDIAN AUTO GLASS "TL"
MARY RUNYON
12488 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

KETCHUM DIRECTORY ADVERTISING
MELAINE WHITHAM
PO BOX 640750
PITTSBURGH, PA 15264

LIBBEY OWENS FORD-TRUCKLOAD
JEFF BOWMAN
SUSAN GILBERT
13833 COLLECTION CENTER DR.
CHICAGO, IL 60693

MYGRANT GLASS CO. INC.
ATTN: OFFICER, MANAGING OR GENERAL AGENT
ROY STOUT
3271 ARDEN ROAD
HAYWARD, CA 94545

NEWPORT GLOBAL ADVISORS
ATTN: RYAN LANGDON
ATTN: DAVID TOOLEY
21 WATERWAY AVENUE, SUITE 150
THE WOODLANDS, TX 77380

PATRIARCH PARTNERS
MATT BENSON
32 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NY 10013

PHH
MAY GEALETHA
5924 COLLECTIONS CENTER TRUST
CHICAGO, IL 60693

PLAINFIELD ASSET MGT LLC
JEFF BROWN
JEAN SMITH
55 RAILROAD AVENUE
GREENWICH, CT 06830

PORTICOES FUNDING, LTD
C/O LYON CAPITAL MANAGEMENT LLC
ATTN: MARC SCHLUROFF
1301 AVENUE OF THE AMERICAS, 13F
NEW YORK, NY 10019

PPG AUTO GLASS LLC
MARC TALBERT
ONE PPG PLACE, 8TH FLOOR
PITTSBURGH, PA 15272

PPG INDUSTIRES INC.
ATTN: ROBERT BROWN
MARY ANN LEONARD
1 PPG PLACE 8TH FLOOR
PITTSBURGH, PA 15272

SHENZHEN CSG AUTOMOTIVE SAF
ATTN: OFFICER, MANAGING OR GENERAL AGENT
HANNAH
1ST CHUANGYS ROAD, 69 DISTRICT, BAO'AN
SHENZHEN, PR OF CHINA 5

SIKA CORPORATION
MARY JEAN STOLZ
23868 NETWORK PLACE
CHICAGO, IL 60673

| | | |
|---|---|---|
| STONEGATE CAPITAL MGT<br>TIM FINN<br>99 PARK AVENUE, SUITE 1510<br>NEW YORK, NY 10016 | U.S. BANK NATIONAL ASSOCIATION<br>LAURA L MORAN, VICE PRESIDENT<br>CORPORATE TRUST SERVICES DIVISION<br>ONE FEDERAL STREET, 3RD FLOOR<br>BOSTON, MA 02118 | XINYI GROUP (GLASS) COMPANY<br>STE 702-704, WEST BLDG<br>MARKHAM LIBERTY SQ<br>3601 HIGHWAY 7 EAST<br>MARKHAM, ON, CANADA L3R 0M3 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: DAVID BUCHBINDER<br>844 KING STREET<br>SUITE 2213<br>WILMINGTON, DE 19801 | SECURITIES AND EXCHANGE COMMISSION<br>NATHAN FUCHS<br>233 BROADWAY<br>NEW YORK, NY 10279 | SECURITIES AND EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20020 |
| OFFICE OF THE U.S. ATTORNEY<br>COLM F. CONNOLLY, USA<br>1007 ORANGE STREET<br>NEMOURS BLDG<br>WILMINGTON, DE 19899-2046 | OFFICE OF THE ATTORNEY GENERAL<br>DEPUTY ATTORNEY GENERAL<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST., 6TH FLOOR<br>WILMINGTON, DE 19801 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: ELLEN W. SLIGHTS<br>1007 ORANGE ST, 7TH FL<br>P.O. BOX 2046<br>WILMINGTON, DE 19899 |
| U.S. DEPARTMENT OF JUSTICE<br>MICHAEL MUKASEY, U.S. ATTY GENL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | SECURITIES & EXCHANGE COMMISSION<br>BRIAN G. CARTWRIGHT, GENERAL COUNSEL<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | US SECURITIES & EXCHANGE COMMISSION<br>NORTHEAST REGIONAL OFFICE<br>MARK SCHONFELD, REGIONAL DIRECTOR<br>3 WORLD FINANCIAL CENTER, RM 4300<br>NEW YORK, NY 10281 |
| ENVIRONMENTAL PROTECTION AGENCY<br>KEN REDDEN, ESQ, OFFICE OF GEN COUNSEL<br>U.S. EPA MAILCODE 2377R<br>1300 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20004 | ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN: ROGER MARTELLA, JR<br>1200 PENNSYLVANIA AVE<br>WASHINGTON, DC 20460 | DEPARTMENT OF LABOR<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>DIV. OF UNEMP. INSURANCE<br>4425 NORTH MARKET STREET<br>WILMINGTON, DE 19802 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>TAX - FRANCHISE DIVISION<br>P.O. BOX 7040<br>DOVER, DE 19903 | DELAWARE DEPT OF STATE<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER, DE 19903 | INTERNAL REVENUE SERVICE<br>ATTN: GENERAL COUNSEL<br>INSOLVENCY SECTION<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 |
| STEWARD DROWOS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF REVENUE<br>P.O. BOIX 8995<br>WILMINGTON, DE 19889 | CITY OF PHILADELPHIA<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>DEPARTMENT OF REVENUE<br>1401 JOHN F KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19102 | ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: OFFICER, DIRECTOR / MANAGING AGENT<br>1650 ARCH STREET<br>PHILADELPHIA, PA 19103 |
| INTERNAL REVENUE SERVICE<br>11601 ROOSEVELT BLVD<br>PHILADELPHIA, PA 19154 | PENNSYLVANIA DEPT OF REVENUE<br>JOSEPH STAGLIANO<br>STATE OFFICE BUILDING<br>1400 SPRING GARDEN ST, ROOM 201<br>PHILADELPHIA, PA 19130 | THE GARDEN CITY GROUP, INC.<br>KENNETH FREDA<br>105 MAXESS ROAD<br>MELVILLE, NY 11747 |
| AUTOVER CORPORATION<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>2901 EAST FOURTH AVE<br>COLUMBUS, OH 43219 | BENSON INDUSTRIES<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>4429 95TH STREET SW<br>BUILDING 8B SUITE A<br>LAKEWOOD, WA 98499 | BENSON INDUSTRIES<br>BONNIE HAYES<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>18285 NE HALSEY ST<br>PORTLAND, OR 97230 |
| DNREC<br>ATTN: JOHN HUGHES, SECRETARY<br>89 KINGS HIGHWAY<br>DOVER, DE 19901 | FUYAO NORTH AMERICA INC<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>301-E HALTON RD<br>GREENVILLE, SC 29607 | LYNX SERVICES LLC<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>PARTICIPANT MANAGEMENT<br>6351 BAYSHORE RD., SUITE 18<br>FT MYERS, FL 33917 |

| | | |
|---|---|---|
| PHH CORPORATION<br>WILLIAM BROWN<br>MAY GEALETHA<br>3000 LEADENHALL ROAD<br>MT LAUREL, NJ 08054 | PILKINGTON GROUP LIMITED<br>AUTOMOTIVE GLASS REPLACEMENT DIST CTR<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>4370 ALUM CREEK DRIVE<br>COLUMBUS, OH 43207 | PPG INDUSTRIES INC<br>ATTN: LEGAL<br>ONE PPG PLACE<br>PITTSBURGH, PA 15272 |
| PPG INDUSTRIES INC<br>BILL HORVATH<br>ONE PPG PLACE, 8TH FLOOR<br>PITTSBURGH, PA 15272 | PPG INDUSTRIES, INC.<br>GARY K EILERS<br>ONE PPG PLACE<br>PITTSBURGH, PA 15272 | PRUDENTIAL INVESTMENT MANAGEMENT LLC<br>GEORGE EDWARDS<br>THREE GATEWAY CENTER, 14TH FLOOR<br>NEWARK, NJ 07102 |
| SIKA CORPORATION<br>ATTN: JACQUELINE N LUMLEY, SENIOR VP<br>201 POLITO AVENUE<br>LYNDURST, NJ 07071 | SIKA CORPORATION<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>JOHN KING, VP AFTERMARKET SALES<br>30800 STEPHENSON HIGHWAY<br>MADISON HEIGHTS, MI 48071 | SIKA CORPORATION<br>WILLIAM L PRINGLE, SR V.P.<br>INDUSTRY DIVISION<br>30800 STEPHENSON HIGHWAY<br>MADISON HEIGHTS, MI 48071 |
| VISTEON CORPORATION<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT<br>ONE VILLAGE CENTER DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | XINYI GROUP (GLASS COMPANY)<br>ATTN: WINNIE LAU, MARKETING MANAGER<br>STE 702-704, WEST BLDG<br>3601 HIGHWAY 7 EAST<br>MARKHAM, ON, CANADA L3R 0M3 | BUCHANAN INGERSOLL & ROONEY<br>MARY F CALOWAY<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET, SUITE 1401<br>WILMINGTON, DE 19801 |
| ALLEN & OVERY LLP<br>ATTYS - GUGGENHEIM CORPORATE FUNDING, LLC<br>ATT: KEN COLEMAN & DANIEL GUYDER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | CONNOLLY BOVE LODGE & HUTZ LLP<br>KAREN C. BIFFERATO<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19899 | KING & SPALDING<br>ATTY FOR U.S. BANK NATIONAL ASSOCIATION<br>ATT: FRANKLIN CIACCIO, ESQ.<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-4003 |
| STEVENS & LEE, P.C.<br>ATTY FOR U.S. BANK NATIONAL ASSOCIATION<br>ATT: JOSEPH H. HUSTON, ESQ.<br>1105 NORTH MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 | STEVENS & LEE, P.C.<br>ATTYS FOR PHH ARVAL AND D.L. PETERSON TRUST<br>ATTN: JOHN D. DEMMY<br>1105 N MARKET ST, 7TH FL<br>WILMINGTON, DE 19801 | PHH ARVAL<br>ATTN: PAUL DANIELSON, ESQ.<br>940 RIDGEBROOK RD<br>SPARKS GLENCO, MD 21152-9390 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN ST<br>SUITE 1600<br>DALLAS, TX 75201 | BECKET AND LEE LLP<br>ATTYS FOR AMERICAN EXPRESS<br>ATT: GILBERT B. WEISMAN, ESQ.<br>POB 3001<br>MALVERN, PA 19355-0701 | GRIFFITH, McCAGUE & WALLACE PC<br>JAMES WALLACE<br>THE GULF TOWER, 38th FL<br>707 GRANT STREET<br>PITTSBURGH, PA 15219 |
| PEPCO HOLDINGS, INC.<br>Counsel for Potomac Electric Power Co<br>ATTN: RENEE E SUGLIA, ESQ.<br>800 N KING STREET<br>WILMINGTON, DE 19801 | PEPCO HOLDINGS, INC.<br>Counsel for Atlantic City Electric<br>ATTN: RENEE E SUGLIA, ESQ.<br>800 N KING STREET<br>WILMINGTON, DE 19801 | PEPCO HOLDINGS, INC.<br>Counsel for Delmarva Power & Light Co<br>ATTN: RENEE E SUGLIA, ESQ.<br>800 N KING STREET<br>WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP<br>Atty for PPG Industries & PPG Auto Glass<br>ATTN: LAURIE SELBER SILVERSTEIN, ESQ.<br>1313 N MARKET ST, HERCULES PLAZA, 6TH FL<br>WILMINGTON, DE 19801 | KIRKPATRICK & LOCHART PRESTON GATES<br>Atty for PPG Industries & PPG Auto Glass<br>ATTN: DAVID A MURDCH, ESQ.<br>535 SMITHFIELD ST., HENRY W OLIVER BLDG<br>PITTSBURGH, PA 15222 | ATTORNEY GENERAL OF PENNSYLVANIA<br>Atty for Commonwealth of PA, Dept of Revenue<br>ATTN: CAROL E MOMJIAN<br>21 S 12th STREET, 3rd FL<br>PHIALDELPHIA, PA 19107-3603 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTYS FOR BELRON INT'L LTD AND BELRON US<br>LAURA DAVIS JONES, ESQ.<br>919 N MARKET ST, 17th FL<br>WILMINGTON, DE 19899-8705 | PROSKAUER ROSE LLP<br>ATTYS FOR BELRON INT'L LTD AND BELRON US<br>JEFFREY W. LEVITAN, ESQ.<br>1585 BROADWAY<br>NEW YORK, NY 7 | COZEN O'CONNOR<br>ATTN: JOHN T CARROLL, III, ESQ.<br>1201 N MARKET ST<br>SUITE 1400<br>WILMINGTON, DE 19801-1147 |

| | | |
|---|---|---|
| COZEN O'CONNOR<br>ATTN: ARTHUR J. ABRAMOWITZ, ESQ.<br>457 HADDONFIELD RD<br>LIBERTY VIEW/STE 300<br>CHERRY HILL, NJ 8002 | PILKINGTON NORTH AMERICA INC.<br>ATTN: JEFFREY T BOWMAN<br>811 MADISON AVENUE<br>TOLEDO, OH 43604 | PLAINFIELD SPECIAL SITUATIONS MASTER FUND LTD.<br>ATTN: THOMAS WALPER<br>55 RAILROAD AVE<br>GREENWICH, CT 6830 |
| RICHARDS LAYTON & FINGER, P.A.<br>Counsel for Kenneth J. Levine<br>ATTN: MARK COLLINS & JASON MADRON , ESQS.<br>ONE RODNEY SQ., 920 N KING ST<br>WILMINGTON, DE 19801 | RUSHTON, STAKELY, JOHNSTON & GARRETT<br>Atty for 1065 East Boulevard LLC<br>ATTN: BOWDY J BROWN, ESQ.<br>184 COMMERCE STREET<br>MONTGOMERY , AL 36104 | ASHBY & GEDDES, P.A.<br>Atty for 1065 East Boulevard LLC<br>ATTN: DON BESKRONE & BENJAMIN KEENAN<br>500 DELAWARE AVE, 8TH FL<br>WILMINGTON, DE 19899 |
| VANDERBURGH COUNTY TREASURER<br>ATTN: BANKRUPTCY CLERK<br>RM #210 CIVIC CTR COMPLEX<br>1 NW MARTIN LUTHER KING JR BLVD<br>EVANSVILLE, IN 47708-1882 | MORRIS NICHOLS ARSHT & TUNNEL LLP<br>ATTN: DEREK C ABBOTT AND ANN C CORDO, ESQS.<br>1201 N MARKET ST<br>P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>Attys for Bexar County<br>TRAVIS BUILDING<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: SHERYL L MOREAU<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | LAWRENCEC S JACOBS<br>LAWRENCE S JACOBS & ASSOCIATES, P.C.<br>110 N WASHINGTON STREET<br>SUITE 400<br>ROCKVILLE, MD 20850 | COMMONWEALTH OF PENNSYLVANIA<br>DEPT OF LABOR & INDUSTRY<br>ATTN: TIMOTHY A BORTZ, UC TAX AGENT<br>625 CHERRY ST., RM 203<br>READING, PA 19602-1184 |
| OKLAHOMA COUNTY TREASURER<br>ATTN: GRETCHEN CRAWFORD<br>320 ROBERT S KERR<br>ROOM 307<br>OKLAHOMA CITY, OK 73102 | MEYERS, RODBELL & ROSENBAUM, P.A.<br>Counsel for Prince George's County<br>ATTN: ROBERT H ROSENBAUM<br>6801 KENILWORTH AVE., SUITE 400<br>RIVERDALE PARK, MD 20737-1385 | BUCHALTER NEMER, A PROFESSIONAL CORP<br>Atty for Oracle USA, Inc.<br>ATTN: SHAWN M CHRISTIANSON, ESQ.<br>333 MARKET ST, 25TH FL<br>SAN FRNACISCO, CA 94105-2126 |
| CHASE PAYMENTECH SOLUTIONS, LLC<br>ATTN: PRAMILA NICODEMUS<br>14221 DALLAS PKWY, BLDG II<br>DALLAS, TX 75254 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>Attys for Arlington Independent School Dist.<br>ATTN: ELIZABETH BANDA<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | LAW OFFICES OF RONALD K BROWN, JR.<br>Atty for CRP-2 Milliken, LLC<br>RONALD K BROWN, JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 |
| CHATHAM COUNTY TAX COMMISSIONER<br>ATTN: DANIEL T POWERS<br>P.O. BOX 8321<br>SAVANNAH, GA 31412 | TENNESSEE DEPARTMENT OF REVENUE<br>c/o TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | BERNSTEIN LAW FIRM P.C.<br>Atty for Duquesne Light Company<br>ATTN: STACEY SUNCINE<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA 15319 |
| ASCENSION CAPITAL GROUP, INC.<br>ATTN: ERICH RAMSEY<br>BANRUPTCY SERVICER FOR COMPASS BANK<br>P.O. BOX 201347<br>ARLINTON, TX 76006 | IRON MOUNTAIN<br>ATTN: R FREDERICK LINFESTY, ESQ.<br>745 ATLANTIC AVE<br>10TH FL<br>BOSTON, MA 2110 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>Attys for Bend County<br>ATTN: JOHN P. DILLMAN, ESQ.<br>P.O. BOX 3064<br>HOUSTON, TX 77253 |